RECEIVED   JUN 11 2014



June 9, 2014


Hon. Charles R. Breyer
Senior Judge, United States District Court
San Francisco Courthouse
Courtroom 6 – 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

**Re: Media Interview Request for Kwok Cheung Chow in United States v. Kwok
Cheung Chow et al. Case No. CR 14-0196 CRB**

Dear Judge Breyer,

      I am a journalist working at The Center for Investigative Reporting on a TV
news segment for PBS NewsHour. I am writing to request the Court's consent to
conduct an on-camera interview with Chow Kwok Cheung (AKA Raymond Chow.)

      As background, I had previously scheduled an on-camera interview with Mr.
Chow for May 16 with consent from him, his attorney and the Santa Rita Jail. But the
U.S. Marshal's office cancelled the interview about 48 hours prior. From a
subsequent correspondence with Frank C. Conroy, Supervisory Deputy U.S. Marshal
for Northern District of California, it was made clear my interview request would
require written permission from your court:

> "Prisoner interview requests may only be approved upon the
> permission of the U.S. Attorney, the judge, the prisoner, the
> defense attorney, and the management of the detention facility
> where the prisoner is located.  It is the responsibility of media
> representatives to obtain the approval of the aforementioned,
> making sure that all parties indicate their approval to the USM
> (United States Marshal) or CDUSM (Chief Deputy U.S. Marshal),
> who may require written approval."

      I am requesting your permission to conduct the interview and
asking the court to recognize the public benefit of allowing Mr. Chow an

1400 65th, Suite 200  Emeryville, CA 94608
PHONE  510 809 3160                         TWITTER @CIRonline
                        WEB cironline.org

opportunity to share his perspective. Your court is undoubtedly the appropriate venue to adjudicate the charges against Mr. Chow. However, Mr. Chow and his defense team are making claims of government overreach and abuse of power. *'Shrimp Boy' Chow's lawyer lashes out at feds' probe, San Jose Mercury News (April, 4, 2014)* These are issues not named in the charges against him, yet are of deep importance to the U.S. public and part of a larger policy debate currently occurring in the United States. PBS NewsHour is a nationally televised program and plays an important role in that dialogue and policymaking.

Thank you for your consideration.

Respectfully submitted,

Center for Investigative Reporting

Nathan Halverson

(415) 594-9123
nhalverson@cironline.org