```
 1  J. TONY SERRA, SBN 32639
    GREGORY M. BENTLEY, SBN 275923
 2  CURTIS L. BRIGGS, SBN 284190
    506 Broadway
 3  San Francisco, CA 94133
    Telephone: 415/986-5591
 4  Fax: 415/421-1331
    jts@pier5law.com
 5  bentley.greg@gmail.com
    curt.briggs@gmail.com
 6
    Attorneys for Defendant
 7  KWOK CHEUNG CHOW
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KWOK CHEUNG CHOW,<br><br>    Defendant.<br>_____ / | No. CR 14-0196 CRB<br><br>SUPPLEMENTAL EXHIBIT IN SUPPORT OF MOTION FOR RECONSIDERATION OF PROTECTIVE ORDER AND DENIAL OF DEFENSE REQUEST FOR RECIPROCAL PROTECTIVE ORDER<br><br>Date: August 20, 2014<br>Time: 2:00 p.m.<br>Hon. Judge Breyer |

   COMES NOW DEFENDANT KWOK CHEUNG CHOW, through counsel, and hereby files the attached Supplemental Exhibit In Support of the Motion for Reconsideration of the Protective Order, filed on July 24, 2014, as Docket item 369. Counsel asks this Court to take note of the following defense motion to Vacate Protective Order and the court's Order (Docket Item 272) in <u>United States v. Cruz</u> (11-CR-00355-DLJ), a case in this district. The Order was entered on July 24, 2014.

   The attached exhibit illustrates the fact that the Government has developed a practice of exaggerating the size of data and feasibility of redaction in order to obtain protective orders which unfairly constrain defense and preparation for

trial.

DATED: July 25, 2014						Respectfully Submitted,

								 /s/CURTIS L. BRIGGS

								J. TONY SERRA
								CURTIS L. BRIGGS
								GREGORY M. BENTLEY
								Attorneys for Defendant
								KWOK CHEUNG CHOW