| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **THE HONORABLE CHARLES R. BREYER** |
| **NORTHERN DISTRICT OF CALIFORNIA** | Courtroom Clerk: Barbara Espinoza |

**CRIMINAL MINUTES**

**Date:** **November 12, 2014**                                    Time:   1 hr, 8 minutes

**Reporter:** James Pence

Case No:   CR-14-00196 CRB
**DEFT: Kwok Cheung Chow, Leland Yee, George Nieh, Keith Jackson, Kevin Siu, Alan Chiu, Kongphet Chanthavong, Xiao Chen Mei, Brandon Jackson, Marlon Sullivan, Rinn Roeun, Andy Li, Leslie Yun, Yat Wa Pau, Jane Xhen Liang, Tina Gui Liang, Bryan Tilton, Huan Ming Ma, Hon Keung So, Norge Mastrangelo, Albert Nhingsavath, Xiu Ling Liang, Gary Yiu Chen, Anthony John Lai, Zhanghao Wu and Barry Blackwell House** (X) All Present

AUSA: William Frentzen

DEF ATTYS:, Greg Bentley, Curtis Briggs, James Lassart, Gil Eisenberg, James Brosnahan, Somnath Chatterjee, Robert Waggener, Claire Leary, Doron Weinberg, Tony Tamburello,Randy Daar, Garrick Lew, John Jordan, Dennis Riordan, Teresa Caffese, Jai Gohel, Michael Stepanian, Roger Patton, Edwin Prather, Randy Knox, Nicole Giacinti, Jonathan Piper, Richard Hullinger for C. Cannon, Elizabeth Falk,

Cantonese Interpreter: Norah Uyeda and Thomas Lam   Mandarin Interpreter:   Marilyn Luong, Mary Ma

**Proceedings**

Status Conference
Motions to Dismiss
Motions to Sever

**Summary**

Motions to sever defendants pursuant to Federal Rule of Criminal Procedure 8(b) are denied. Motions to dismiss are denied except as to count one (although count one is not legally defective, Court is concerned it is too broad and does not provide defendants with government's theory of the case; government to file a bill of particulars or supersede within thirty (30) days as to count 1), gun counts (government to supersede to add element of willfulness), and honest service fraud and wire fraud counts (government to supersede to add element of materiality). Defendants' are allowed to request a bill of particulars as to count 1if needed.  Government's proposed list of the defendants who will proceed to trial on count two (trial no. 1) filed by 11/19/2014, counsel to work out briefing schedule for defendants' response(s).  Oral motion for a bill of particulars regarding money laundering is denied.  The Court will set a hearing date on all Franks motions at the hearing on 12/18/2014.  All defendants to be present at the hearing set for 12/18/2014 at 9:30 a.m.

**Case Continued to** December 18, 2014 @ 9:30 a.m.   **for** Status Conference


**[X] Defendants** Kwok C Chow, Alan Chiu, Kongphet Chanthavong, Brandon Jackson, Marlon Sullivan, Rinn Roeun, Andy Li  **remanded to custody**