FILED 12/30/14

RECEIVED

Magistrate WHA,

JAN -2 2015

RICHARD W. WIEKING
CLERK, U.S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Testified by signed declarations unto Magistrate CB. CR-14-196CB.
CR-14-102CB.

CSR# 8098 Niselle Casey has transcripts 8/22/13 8/23/13
fake criminal cases # 2426989
# 1109353 # 1009685
# 1009935

①

With those documents. You. Yourself can form an administration. Run for Mayor. Recall Mayor Ed Lee.

He trying to caused me 4 years kidnapped, extorted & 7 years out of my home.

Happy New Year

Mr. MoYe

JoJo S.F. Mayoral Candidate