# EXHIBIT 1

Government's Exhibit

MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

WILLIAM FRENTZEN (LABN 24421)
SUSAN E. BADGER (CABN 124365)
S.WAQAR HASIB (CABN 234818)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    William.Frentzen@usdoj.gov
    Susan.Badger@usdoj.gov
    Waqar.Hasib@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KWOK CHEUNG CHOW, et al.,<br><br>    Defendants. | No. CR 14-0196 CRB<br><br>DECLARATION OF ETHAN A. QUINN IN SUPPORT OF UNITED STATES' RESPONSE TO COURT ORDER |

I, Ethan A. Quinn, Special Agent with the Federal Bureau of Investigation, declare as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since mid-2009. Currently, I am assigned to the San Francisco Field Division Civil Rights / Public Corruption Squad, which investigates abuse of public office in violation of criminal law, to include fraud, bribery, extortion, conflicts of interest, and embezzlement.

1. I am one of the case agents assigned to the investigation of Leland Yee, Keith Jackson, and others.

2. On August 4, 2015, at approximately 1:30 p.m., I viewed a news article on the website of the San Francisco Examiner, at the following hyperlink: http://www.sfexaminer.com/mayor-city-officials-others-accused-of-wrongdoing-according-to-new-details-from-fbi-probe-into-shrimp-boy/. According to the byline of the article, the article was posted to the website at 12:17 p.m. and summarized a motion filed by attorneys representing defendant Raymond Chow.

3. The original version of the article I read contained a link to a pdf document, which I clicked on and viewed. The document appeared to be a draft version of a motion to dismiss for selective prosecution. It looked like a draft because it contained notes and highlighted placeholders for exhibit numbers. This document was found at the following hyperlink: http://www.sfexaminer.com/wp-content/uploads /Motion-to-dismiss-for-selective-prosecution.wpd.pdf. The .wpd extension at the end of the document indicated the pdf was converted from a WordPerfect word processing document.

4. I visited the SF Examiner website later the same day and found that the Examiner had updated its article to include a link to a final copy of the motion, which now included completed references to exhibits. There were some changes to the content of the footnotes as well.

5. At approximately 3:24 p.m. on the same day, August 4, 2015, I returned to the hyperlink to the apparent draft document, and found it was still active. I downloaded a copy of the pdf for preservation. I also e-mailed the link to Assistant United States Attorneys William Frentzen, Susan Badger, and Waqar Hasib.

6. I checked the Examiner website again today, August 6, 2015. As of 10:17 a.m., the hyperlink to the draft document was still active.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge.

DATE: August 6, 2015

ETHAN A. QUINN