IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>KWOK CHEUNG CHOW, a/k/a "Raymond Chow," a/k/a "Hai Jai," a/k/a "Shrimpboy," et al.<br><br>    Defendants._____ / | No. CR 14-00196 CRB<br><br>**ORDER SETTING HEARING** |

The Court hereby sets a hearing in this matter for Tuesday, October 13, 2015, at 12:00 p.m. Mr. Serra may participate by telephone, but Defendant Chow, any of Chow's other counsel who wish to attend, and government counsel must be present.

**IT IS SO ORDERED.**

Dated: October 9, 2015

                                                CHARLES R. BREYER<br>                                              UNITED STATES DISTRICT JUDGE

G:\CRBALL\2014\196\order setting hearing.wpd