1    BRIAN J. STRETCH (CABN 163973)
     Acting United States Attorney
2
     DAVID R. CALLAWAY (CABN 121782)
3    Chief, Criminal Division

4    WILLIAM FRENTZEN (LABN 24421)
     SUSAN E. BADGER (CABN 124365)
5    S. WAQAR HASIB (CABN 234818)
     Assistant United States Attorneys
6
             450 Golden Gate Avenue, Box 36055
7            San Francisco, California 94102-3495
             Telephone: (415) 436-7200
8            FAX: (415) 436-7234
             William.frentzen@usdoj.gov
9            Susan.badger@usdoj.gov
             Waqar.hasib@usdoj.gov
10

11   Attorneys for United States of America

12                        UNITED STATES DISTRICT COURT

13                     NORTHERN DISTRICT OF CALIFORNIA

14                          SAN FRANCISCO DIVISION

15

16   UNITED STATES OF AMERICA,            )   No.:  CR 14 0196 CRB
                                          )
17        v.                              )   UNITED STATES' SUPPLEMENTAL
                                          )   SUBMISSION REGARDING EVIDENCE OF
18   KWOK CHEUNG CHOW, et al.             )   SOLICITATION TO COMMIT MURDERS BY
                                          )   DEFENDANT CHOW
19        Defendants.                     )
                                          )
20                                        )   Court:   Honorable Charles R. Breyer
                                          )
21                                        )
                                          )
22   ─────────────────────────────────────

23

24

25

26

27

28

# I. <u>INTRODUCTION</u>

The Court has requested further information regarding the evidence that defendant Chow solicited the murder of Allen Leung during 2005 and 2006 and the evidence that defendant Chow solicited and encouraged the murder of Jim Tat Kong between 2011 and 2013.  Both individuals were murdered with firearms by shooters who are currently unidentified.  Both murders remain under investigation, but the government is prepared to proceed with charges linking CHOW to soliciting both murders.

# II. <u>DESCRIPTION OF EVIDENCE</u>

**Allen Leung**

Allen Leung was murdered in his import/export shop in San Francisco Chinatown on February 27, 2006.  In early 2006, Leung held two prominent positions in the Tongs at issue in this case.  Leung was a prominent member of the Hop Sing Tong and the Dragonhead of the Chee Kung Tong..  CHOW was a member of both organizations.  The Tongs controlled money through ownership of property, including a restaurant in San Francisco, the Golden Dragon.  Additionally, the Tongs had resolved a dispute with the Chinese government regarding the seizure of a building during the 1920s, and had been awarded $1,000,000.00 from the Chinese government.  According to a statement by Leung to the FBI in 2003 and reiterated by Leung to the FBI in 2005, CHOW made threats to Leung if Leung did not share money generated through Tong revenues with CHOW.  In addition, Leung also told other individuals that CHOW and other individuals, including a known underling of CHOW in the Hop Sing Tong, referred to in this filing as Individual A, wanted money from Leung.  Leung informed certain people that if he was murdered the responsible people were CHOW, Individual A, and two prominent members of the Hop Sing Tong in another United States city.[1]  Other witnesses – including cooperator Kongphet Chanthavong and others – will also testify that CHOW was upset with Leung because he thought that

---

[1]   Those individuals are known to the government, known to have contacts with CHOW at the relevant time period, and they attended CHOW's induction as the Dragonhead after Leung was murdered.

Leung should pay CHOW money for his past deeds on behalf of the Tongs.  Leung refused to pay CHOW.

Defendant Chanthavong met defendants CHOW and Li and befriended them while they were incarcerated in the federal facility at Dublin.  After release from prison in the early 2000s, defendant Chanthavong retained loyalty to CHOW.  When CHOW was released from prison, defendant Chanthavong served as CHOW's driver and personal security for a period of time.  Defendant Chanthavong became a Hop Sing Tong member, inducted into the Tong by CHOW's invitation and with defendant Li supporting the induction.  Chanthavong considered himself to be under defendant Li, who was under defendant CHOW in the structure of the enterprise.  This was prior to CHOW taking the position of Dragonhead of the CKT, but while CHOW was a member of the Hop Sing Tong and the CKT.

Defendant Chanthavong will testify that about a month or so before the murder of Leung – meaning in late 2005 or early 2006 – he drove CHOW to a particular bar in Oakland.   According to Chanthavong, CHOW spent time during the drive complaining that Leung would not loan CHOW money from the Tong and that CHOW wanted to replace Leung with Individual A so that CHOW could control Individual A, like a puppet master.  At the Oakland bar, Chanthavong and CHOW met with two other individuals.  One was Individual A, the other will be referred to as Individual B, at that time a prominent member of the Hop Sing Tong, and a follower or associate of Individual A and CHOW.[2]

According to Chanthavong, all four men – Chanthavong, CHOW, Individual A and Individual B – met outside of the bar and CHOW told the group that he wanted them to take care of a person.  At the time, CHOW did not directly say the name of the intended victim.  Subsequent conversations confirmed that it was Leung that CHOW wanted killed.  CHOW walked slightly away from the other three men to

---

[2]   Individual B is currently serving a lengthy prison sentence.  During the instant investigation, Individual B was confirmed to be a close associate of CHOW and other defendants in this case through recordings.  According to recordings collected during the investigation, Individual B was also considered by some of the defendants to be a potential hit man for eliminating Jim Tat Kong.

allow them to talk without him.  It was determined that Individual A would be responsible for finding a shooter and Individual A wanted defendant Chanthavong to steal a car for use in the hit.  Chanthavong told Individual A that he wasn't a car thief.  Although Chanthavong had a federal conviction for exporting stolen cars, according to him, he didn't actually know how to steal the cars but was involved with the exporting of the cars after they were stolen.  Individual A then walked over to CHOW, possibly to complain about Chanthavong's refusal to steal cars.  Defendant CHOW rejoined the group and reiterated to Chanthavong and Individual B that they needed to coordinate with and support Individual A.  CHOW walked away.

For his role in the murder, defendant Chanthavong agreed to perform surveillance on the location of Leung's business, an import/export business in San Francisco Chinatown on Jackson Street, to monitor when Leung was at work or not and the best times for the store to be empty of customers.  Individual B agreed to bring people to serve as lookouts and to create a disturbance or block traffic during the murder.  All three participants in the planning agreed to commit the murder on a day when it was raining, to allow the shooter an excuse for covering his head and to reduce visibility.

Chanthavong spent the next several weeks doing surveillance on the business and reporting the information – when Leung was in the store, who else worked in the store, when there seemed to be customers or others in the store, etc. – to Individual B.  Individual B was in touch with Chanthavong to report when he had surveillance done so that they did not duplicate efforts.

Approximately a day or two prior to the Leung murder, Chanthavong received a call from Individual B.  Individual B asked Chanthavong to go to a particular hotel because the murder was going to occur soon.  According to Chanthavong, he drove to that location.  At the hotel, Individual B was present in a hotel room with several young men who Chanthavong believed were followers of Individual B.  The people in the hotel room began discussing plans about the murder of Leung.  Chanthavong got cold feet and told the people in the hotel room that they had enough people already, and Chanthavong

left the hotel.  Within two days, Chanthavong read in the newspapers that Leung had been murdered.

Chanthavong does not know who was selected as the actual shooter.  Chanthavong does not fit the

description of the shooter and can be eliminated as the shooter.

Individual C was a Hop Sing Tong member.  He is currently serving a lengthy prison term for

killing a gang rival.  Individual C was loyal to the Hop Sing Tong, to Individual A, and to CHOW until

he was convicted and sent to prison.  Individual C felt that CHOW and Individual A did not do enough

to help Individual C with his legal problems so he began providing information to a Sheriff's Deputy.

Eventually Individual C offered to testify about the Leung murder and other murders he committed

following the orders of Individual A, working for CHOW.[3]

Individual C will testify that he followed Individual A.  Individual C knew that Individual A

followed CHOW and that CHOW was the Dai Lo, or "Big Brother."  Among other crimes, Individual A

and CHOW developed a "black list" of individuals that they wanted killed.  Individual A would contact

Individual C and Individual A would arrange to meet Individual C.  During these meetings, Individual A

would deliver names of people on the black list to Individual C.  Sometimes they would call Individual

C on the phone instead of meeting in person.  Individual C actually killed two people at the direction of

Individual A and CHOW, according to Individual C.  One was the individual that Individual C is

currently serving time for killing.  The other was an individual believed to be with a rival group to the

Hop Sing gang.  Individual C admitted to committing that murder at a time when he was not a suspect,

there were no suspects, and it was an old cold case with no leads.

Individual C claims that he did not kill Leung.  Individual C was solicited to kill other people on

the black list, but either did not get around to doing the murders, decided not to do the murders, or the

person died without Individual C needing to take action.  During his proffer sessions, as noted above,

Individual C admitted to killing a man at the direction of Individual A.  That murder was a cold case

---

[3]   Individual C is expected to testify, but currently has not entered into a formal plea agreement.
Therefore, his identity is not being revealed.

with no leads and no indication that Individual C was involved until his admissions to the government during a proffer session.  Individual C related details that corroborate that he had detailed knowledge of that murder.

With respect to the Leung murder, Individual C will testify that he was working near the location of the homicide in February of 2006.  Approximately mid-December of 2005, Individual A contacted Individual C and asked Individual C if he would commit another murder.  According to Individual C, by this point he had already murdered the individual in the restaurant for Individual A, so he could be relied upon for this type of work.  Individual C agreed to do the murder at that time, but did not yet know who the intended target would be.  Sometime in early 2006, Individual A told Individual C who the target of the murder was – a high level Hop Sing Tong member – and where the murder would occur.  Individual C stated that when he heard where it would occur, in Leung's store, which was near Individual C's job, he declined to do the murder.  Individual C is expected to testify that he was not troubled by committing the murder, but only that it was too close to his job.

According to Individual C, approximately a day or two prior to the murder of Leung, an associate was tasked to pick up a man traveling from out of town.  Individual C only knew the individual by a moniker.  This person will be identified as Individual D.[4]  Individual C stated that Individual D was brought to meet with Individual C, Individual A, and another high level Hop Sing Tong member we will refer to as Individual E.[5]  Following that meeting, Individual C drove Individual D, Individual E, and Individual C's friend to the home of CHOW.  There, Individual C and his associate waited in the living room while Individuals D and E met behind closed doors with Individual A and CHOW.  Individual C does not know what they discussed.  Following that meeting, they left.

---

[4]   The government believes that it has identified this individual, Individual D, and can show telephonic contact between this individual and CHOW from telephone records.

[5]   Individual E is reported by several Hop Sing Tong members to be a high level member of the organization who was loyal to CHOW.  Individual E has not been fully identified at this point.

On February 27, 2006, Individual C was asked by Individual E to drive Individuals D and E into San Francisco. When they got off of the Bay Bridge and headed towards Chinatown, Individual C stated he realized what they were there to do and that Individual C would be the getaway driver. After some time in Chinatown, Individual C pulled the vehicle he was driving approximately a block from Leung's store and waited in the car. According to Individual C, Individuals D and E got out of the vehicle and walked to the front of Leung's store. From where Individual C was seated, he could not see who went inside the door to the store. After a period of time, Individual C stated that the two men came back to the car and he drove away. While driving, they broke down two guns into pieces and then threw the pieces over the Bay Bridge into the San Francisco Bay on the way back to Oakland.

It should be noted that Individual C has told various different iterations of how the Allen Leung murder occurred. While he has always admitted that he was there and that he assisted by driving the getaway car, he originally stated to Sheriff's Deputies that there were four total people in the car, not three. Upon being interviewed by San Francisco Gang Task Force, Individual C claimed that it was only himself and Individual A, and that when he refused to shoot Leung, Individual A wandered into an alleyway and then eventually came back to the car with a gun. Subsequently, with counsel and pursuant to proffer, Individual C stated that Individual A actually went into Leung's shop. This version the government knows is false because Individual A can be eliminated as the shooter.[6]

The government is filing additional information under seal regarding the murder of Mr. Leung in order to preserve the investigation and not disclose facts that would be known by the participants and witnesses only.

This evidence demonstrates that (1) CHOW solicited the murder of Leung, (2) the individuals solicited by CHOW to arrange the murder of Leung were, in fact, responsible for the murder of Leung

---

[6]   While telling the story involving Individual A going into Leung's store alone, Individual C was polygraphed at his request. He was asked one question: did you shoot Alan Leung? Individual C stated "no," but exhibited deception. Whether that deception was because Individual C was still telling an overall false version or because he in fact shot Leung is not clear. A witness to the shooting was shown a photographic lineup including Individual C and he/she did not identify Individual C, however.

regardless of the identity of the actual shooter, and (3) the murder of Leung was a reasonable and foreseeable result of the RICO Conspiracy that CHOW and other defendants engaged in. While the investigation continues regarding all of the responsible parties, CHOW's liability for the murder of Leung is clearly a significant aspect to the RICO Conspiracy charged in Count One of the current Second Superseding Indictment. As detailed in the government's prior submission, the solicitation to commit the murder of Leung explains CHOW's rise to power in the Chee Kung Tong and authority in the Hop Sing Tong. Furthermore, it is squarely encompassed within the charges described in Count One. *See* Second Superseding Indictment, Count One ¶¶8a and 8b; ¶¶ 9a and 9b; *see also*, United States' Bill of Particulars as to Count One RICO Conspiracy.

**Jim Tat Kong**

Jim Tat Kong was a long time Asian organized crime figure in San Francisco Chinatown and in Los Angeles who was a member of the Hop Sing Tong and had long-standing ties to CHOW and others affiliated with CHOW. During 2007 and 2008, Kong was the focus of an investigation by the government for dealing in ecstasy and other drugs in the Bay Area and in Los Angeles. Although he was the subject of government investigations, he managed to evade arrest and prosecution.

At least by November of 2011, CHOW and Kong had a falling out. CHOW alleged that Kong had a sexual relationship with another "brother's" wife, and that Kong was trying to intimidate people to take over the Hop Sing Tong. On November 16, 2011, Kong and CHOW had a stand-off and argument at the Hop Sing Tong building in Chinatown. The evidence of the stand-off comes from statements by CHOW and other defendants to UCE 4599 on recordings. For example, on November 17, 2011, CHOW discussed the argument he had with Kong with UCE 4599. The argument will be corroborated by observations of members of the San Francisco Gang Task Force who responded to reports that there might be a conflict at the Tong and were present to make sure that it did not escalate into violence. Several of CHOW's people – including at least defendants Chanthavong and Nieh – were armed with

firearms and waited directly outside of the Hop Sing Tong building, hiding their firearms in the

bathroom of a restaurant when they saw that Gang Task Force was on the scene.  According to CHOW

and his associates, Kong wore a bullet proof vest and his men were also armed during the argument.

Following the argument, CHOW discussed in numerous recorded conversations with undercover

agents that he had kicked Kong out of the Hop Sing Tong and that he had made it known that Kong was

no longer his brother.  CHOW told undercover agents that the effect of CHOW's conduct was that Kong

would no longer be protected by CHOW's name and by the name of the Tong and so Kong was fair

game for rivals to kill.  According to CHOW, he would not need to do anything and Kong would be

murdered because CHOW had removed protection from Kong.

Examples of the discussions from the recordings include the following:

On November 17, 2011, CHOW told UCE 4599 that he was having problems at the Hop Sing

Tong.  According to CHOW, Jim [later identified as Jim Tat Kong] was disrespecting CHOW by using

his name and intimidating the elder members of the HST.  CHOW said Kong was responsible for trying

to put a hit on CHOW approximately five years earlier.  During a recent meeting, CHOW publicly

ousted Kong in front of the HST by declaring Kong was no longer CHOW's brother.  CHOW explained

that he wouldn't have to do anything to harm Kong.  If someone had any conflict with Kong they did not

need to ask CHOW's permission to harm Kong.  CHOW did not need to know.  All CHOW had to do

was put that word on the street.  CHOW explained he doesn't need to tell people to fuck Kong up.

When CHOW put the word on the street that CHOW was no longer "supporting this fool" and Kong was

no longer considered CHOW's brother, someone would "move on" Kong.[7]

> **RAYMOND CHOW:**  But those, when those people, you know when they put out like that, you know, you know what?  You did it again, you know what?  I'm going to, in the whole shit, I'm going bananas,
> **UCE-4599:**  Oh yeah.
> **RAYMOND CHOW:**  you know what?  I don't have to do anything to [INDISCERNIBLE 02:19:01]

---

[7]   The government will provide any and all recordings that the Court wants to verify the conversations related in this submission.

**UCE-4599:** No, no, no, no you don't, but all you could do, is you could tap a few shoulders and things would get taken care of business, man. You know.

**RAYMOND CHOW:** You know what, all-you know what? Th-this guy, this what he do, this is what he did, you know, he no longer my brother. When you have any conflict you do not have to ask my permission,

**UCE-4599:** That's a str-, yep.

**RAYMOND CHOW:** I do not need to know.

**UCE-4599:** Yep.

**RAYMOND CHOW:** Do what you got to do.

**UCE-4599:** Yep.

**RAYMOND CHOW:** This-All I had to do-

**UCE-4599:** No.

**RAYMOND CHOW:** is put it on the street.

**UCE-4599:** That's just-

**RAYMOND CHOW:** I don't even, I don't-I don't even need to, ya know, tell people to fuck him up.

**UCE-4599:** No. It'll come in time.

**RAYMOND CHOW:** You know what,

**UCE-4599:** He'll get his.

**RAYMOND CHOW:** When he in the business on the street, they always got conflict of interest. Some of the people have conflict of interest really,

**UCE-4599:** Right.

**RAYMOND CHOW:** When I put that out there and people knowing I am not supporting this fool,

**UCE-4599:** Right, he'll get his.

**RAYMOND CHOW:** You know, and I- he no longer my brother,

**UCE-4599:** Yep.

**RAYMOND CHOW:** you know what?

**UCE-4599:** Yep.

**RAYMOND CHOW:** You know what? People will move on him.

**UCE-4599:** Of course. No, they should.

**RAYMOND CHOW:** I-I don't even have to get involved with him.

**UCE-4599:** No, they should. Yeah, you don't have to, right? Y-y-you don't have to. You don't have to because your-your reputation speaks for itself.

**[02:20:00]**
And your word is, you know-

**RAYMOND CHOW:** Very bad, dude.

**UCE-4599:** Hey, listen, alright listen brother. It is what it is, you know? It is what it is. It's, it's you know, it's no different in my family than it would be in your family, you know?

**RAYMOND CHOW:** Listen, when I speak about them, all-all, they all of them, th-they have at least like-uh 25 to 30 boys. I only got about one, two, three-yeah-people looking out for me.

**UCE-4599:** You got some bad mother fuckers, though. Let me tell you something. You got some bad mother fuckers looking out for you.

**RAYMOND CHOW:** You know what? When you get down to business, you know, it's not about, you know

**UCE-4599:** Not numbers

**RAYMOND CHOW:** -how good you fight

**UCE-4599:** No.

**RAYMOND CHOW:** It's what is in your heart,

CHOW told undercover agents that when Kong showed up at the HST meeting he was wearing a bullet proof vest and his associates were carrying guns. Defendant Nieh explained to undercover agents

that he had to put his gun ("girlfriend") in the bathroom because there were a lot of police officers in the

area:

> **RAYMOND CHOW:**  You know what?  Those-this guy, Jim, come up there, he got a bullet proof vest, [NOISE]he got, he-he even-even when they come, they were packing the pistol, you know. All that stuff, you know. We just walked in, you know, jus-just going up to it like that. You know?
> **UCE-4599:**  What a dick!  What a dick, of course you walked up there, because you are who you are, man, you know, he ain't going to fucking front.  Bullet proof vest! [LAUGHTER]
> **RAYMOND CHOW:**  If you sit at this end, just like me and you
> **GEORGE NIEH:**  We got to pick up the girlfriend and bathroom, too, because uh there are a lot fuckin undercover, there's a lot of un-undercover around here.
> **UCE-4599:**  Right.
> **RAYMOND CHOW:**  Oh, they got a lot of people up there.
> **GEORGE NIEH:**  Yeah
> **RAYMOND CHOW:**  Pretty big boy.
> **GEORGE NIEH:**  There's a whole bunch of undercover down there.
> **UCE-4599:**  Oh, really?
> **GEORGE NIEH:**  whole Task Force, yeah.

> CHOW described Kong's conflicts of interest on the street because he sells dope or ecstasy.

Now, CHOW explained, everyone will know that CHOW no longer supports Kong and people will not

be afraid of Kong and will try to "fuck him up."

> **GEORGE NIEH:**  I think Jimmy is too lonely.  He ain't got nobody around him.  He's very lonely guy.
> **UCE-4599:**  Why d- why doesn't somebody take care of this guy?
> **RAYMOND CHOW:**  Think about the people like that, who-who-w-who aren't around him?
> **UCE-4599:**  I tell-
> **GEORGE NIEH:**  He got nobody around him.  That's-that's what I'm saying.
> **UCE-4599:**  I got to tell you something.  It's painfully obvious to me, and maybe I'm wrong and maybe it, but somebody's going to take care of that cat. Somebody's going to take care of that cat. And I'm not saying anything at this table,
> **RAYMOND CHOW:**  You know what?
> **UCE-4599:**  but somebody's going to take care of that guy
> **RAYMOND CHOW:**  I do not need you to take care of this.
> **UCE-4599:**  No, you don't need to.  You don't need to. Yep, you don't need to.
> **RAYMOND CHOW:**  That's why I toe the line with him.  This guy no longer my brother associated with me. Straight talk.
> **UCE-4599:**  Right.
> **RAYMOND CHOW:**  And he always tell people, you know, he talked to me. You know, I mean, he got a grievance with me.
> **UCE-4599:**  Yep.
> **RAYMOND CHOW:**  You know what?
> **UCE-4599:**  Yep, yep, no, b-but the bottom line is somebody's got to take care of that cat.
> **GEORGE NIEH:**  Ray is full of shit.
> **UCE-4599:**  Do you agree or no?
> **GEORGE NIEH:**  Yes.
> **UCE-4599:**  Right, I mean cause-
> **GEORGE NIEH:**  I th-I th-I think if he died,
> **RAYMOND CHOW:**  [OV]You know wh-, You know what I know,

1   **GEORGE NIEH:**   I think he would pick up
    **UCE-4599:**  Yeah.
2   **RAYMOND CHOW:**  If I died of, like a not natural cause, a lot of people would take my
    revenge.
3   **UCE-4599:**  If, say that again. If you-if you,
    **RAYMOND CHOW:**  If I not die a natural cause.
4   **UCE-4599:**  If somebody fucking took you out, in other words. Yeah.
    **RAYMOND CHOW:**  If somebody took me out,
5   **UCE-4599:**  Right.
    **RAYMOND CHOW:**  you know, all-a-all the people know me and, and, an-
6   **UCE-4599:**  Somebody's going to take revenge.
    **RAYMOND CHOW:**  You know, I don't need to tell people what to do.
7   **UCE-4599:**  No, no, no.  No, that's going to ha-that's going to happen on its own.
    [02:45:00]
8   **RAYMOND CHOW:**  Oh, even if your boy come to meeting, you know,
    **UCE-4599:**  Yeah.
9   **RAYMOND CHOW:**  If h- he opened up the-the uh election, the vote, you know, they going to
    get off on him.
10  **UCE-4599:**  Right
    **RAYMOND CHOW:**  They going to get off on him, you know, whatever.
11  **UCE-4599:**  Right. Yeah, yeah.
    **RAYMOND CHOW:**  I hold my ground, though.
12  **UCE-4599:**  Yup.
    **RAYMOND CHOW:**  Try to see who can come-come close.  There's only like, you know one,
13  two-
    **GEORGE NIEH:**   Yeah.
14  **RAYMOND CHOW:**   -in the meeting. Only two people speak up.
    **UCE-4599:**  Right.
15  **RAYMOND CHOW:**  But after the meeting, you know, w-w-when they, when they, they just
    totally surprised, you know.
16  **UCE-4599:**  Yeah.
    **RAYMOND CHOW:**  Yeah, they totally surprised on him.
17  **UCE-4599:**  Well, like I said, you know, it-uh I mean just in my, the way things work in my
    family, somebody would take care of that kid.  Y-you know, something's going to happen.
18  **RAYMOND CHOW:**  You know what?  I'm not on that business, though.  I don't know con-
    **UCE-4599:**  No, you know what listen, I'm not saying you do or not, but som-something's going
19  to happen to that guy.  Do you agree, George?
    **GEORGE NIEH:**  Yeah.
20  **RAYMOND CHOW:**  You know what?  He have conflict of interest, you know in the street.
    **UCE-4599:**  Right, and so
21  **RAYMOND CHOW:**  Selling dope, ecstasy, you know,
    **UCE-4599:**  Right.
22  **RAYMOND CHOW:**  and some dope and all that bullshit, you know.
    **GEORGE NIEH:**  I think the cops going to kick him.
23  **UCE-4599:**  Could be.
    **RAYMOND CHOW:**  It's just, you know, when the people, he always use my name to brag,
24  you know brag about, in front of other people, you know oh, he's-he's
    **UCE-4599:**  Yeah
25  **RAYMOND CHOW:**  you know, he's my partner, he's my-
    **UCE-4599:**  Yeah.
26  **RAYMOND CHOW:**  You know,
    **UCE-4599:**  Yeah
27  **RAYMOND CHOW:**  with me,
    **UCE-4599:**  Yeah
28  **RAYMOND CHOW:**  and all that.  That's why people doesn't want to fuck with him.
    **UCE-4599:**  That's right.

1   **RAYMOND CHOW:**  Because of my name.
    **UCE-4599:**  Because of your name.
2   **RAYMOND CHOW:**  But when I pronounce him like that,
    **UCE-4599:**  Right.
3   **RAYMOND CHOW:**  you know, to kind of straight, cut him out like that,
    **UCE-4599:**  Now they know, you know.
4   **RAYMOND CHOW:**  Everybody-
    **UCE-4599:**  They know not to be afraid of him.
5   **RAYMOND CHOW:**  Yeah.  Exactly.  When they not afraid of him, then they going to fuck
    him up.
6   **UCE-4599:**  Mmmm, try that.
    **GEORGE NIEH:**  They don't give bullshit no more.
7   **RAYMOND CHOW:**  Exactly. He cannot use my name bullshit nobody.
    **UCE-4599:**  Because it's on record now that you said, you're no longer my brother.
8   **GEORGE NIEH:**  Everybody heard it.
    **UCE-4599:**  Raymond, if you say that to me, I am going to run so goddamn far away.
9   **RAYMOND CHOW:**  No.
    **UCE-4599:** I'm just saying. [LAUGHTER]
10  **RAYMOND CHOW**:  I mean, when you, I mean when you …you know what?  When I say
    something like that to the people, this man, he so low, he got no human quality,
11  **UCE-4599:**  Right.
    **RAYMOND CHOW:**  You know? Only, only time, you know, he's so fucking scared . . . .

12  Subsequently, CHOW confirmed that a "green light" was effectively placed on Kong by

13

14  CHOW's actions.  Green light is a common term for a hit or an indication that an individual could be

15  taken out.

16  **RAYMOND CHOW:**  When I toe the line with him like that,
    **UCE-4599:**  He's gonna get his.
17  **RAYMOND CHOW:**  Up there, the people, when they know that, I tell you, people do not have
    the same respect with him.
18  **UCE-4599:**  Somebody's going to make a move on that guy.
    **GEORGE NIEH:**  No, I mean, of course, he's gonna still, still going to talk shit.
19  **UCE-4599:**  Som-, nah.
    **GEORGE NIEH:**  Always fucking brag-[INDISCERNIBLE 02:58:27] people are going to look
20  at him like, are you out of your fucking mind?  You want to do some shit? [INDISCERNIBLE
    02:58:31] what you talk shit for?  T-that's why, that's why you should confront with him.
21  **UCE-4599:**  Somebody's going to make a move on this guy.
    **RAYMOND CHOW:**  Somebody not, even not make a move on him.
22  **GEORGE NIEH:**  Because that guy will talk behind your back.
    **RAYMOND CHOW:**  I don't-I don-I don't think anybody going to make a move on him.  But
23  when he try to acting, you know, like he on top the game and do the bullshit like that, people,
    when they, when they, when they know about w-w-w-w-what I said in the meeting, in the public,
24  I tell you, he going to have a hell of a lot of, hell-
    **UCE-4599:**  But that's the thing, bro.  Because he-he fucking, you know, he had some bad
25  business decisions that he made where, you know, he had conflict of interest, and somebody's
    going to say, you know what?  I'm not afraid of you anymore.  Fuck you, mother-fucker.
26  **RAYMOND CHOW:**  Exactly.
    **UCE-4599:** A-and somebody's going, you know, and in so many ways, you put the green light
27  on him.
    **RAYMOND CHOW:**  See, the thing, the thing, the thing-
28  **UCE-4599:**  But that's the thing, Raymond, though, you know that, right?  Like, what you said,
    somebody put the green-

**RAYMOND CHOW:** I-I have nothing to do with it.  Somebody
**UCE-4599:** [OV]I know you don't.  I know you don't
**RAYMOND CHOW:** [OV] Somebody, you know-
**UCE-4599:** But the very fact
**RAYMOND CHOW:** Yeah.
**UCE-4599:** But the very fact that the Dai Lo said fuck you, you're not a part of me anymore, somebody's going to be so fed up with his bullshit,
**RAYMOND CHOW:** Exactly.
**UCE-4599:** Somebody's going to smoke him.
**GEORGE NIEH:** And the youngsters.
**UCE-4599:** Hey, that happens, yeah.
**GEORGE NIEH:** [OV]That's right, that's right.  It affect Thomas[PH], and you fucking the other boys.
**RAYMOND CHOW:** When I pronounce him, he not no longer my brother. The next day one of his boy, and called me up, hey, you know what, uh, Dai Lo?  You know I always on-on your corner.  He-he not my Dai Lo, you know, you know what, he never been my Dai Lo.

On December 13, 2011, Nieh described that CHOW was having problems at the HST with Kong. Nieh explained a potential way to deal with the problem at the HST is to "drop" him.

On January 25, 2012, CHOW talked about his problems with UCE 4599.  UCE 4599 said something could happen to Kong during the next 10-15 years.  CHOW stated he did not think Kong would last that long.  CHOW said that a lot of his people don't want CHOW involved with Kong but that CHOW couldn't stand in the way of his people if they wanted to do something to Kong.  CHOW said the worst part was that Kong got law enforcement involved with the confrontation between them. CHOW stated that [co-defendant] Michael Mei was loyal and wanted to do something, but that CHOW said no.

**Raymond Chow**:      If me, myself, right by…[Noise]  one day I die, I know.   If I have no reason that people to kill me—on the street justice, will be fine I'm sure.
**UCE-4599**:    Oh yeah.
**Raymond Chow**:      I'd be certain.
**UCE-4599**:    I am, listen--
**Raymond Chow**:      I wouldn't worry about it--
**UCE-4599**:    You…no listen. You told me, and I-and I believe this, if there's anything that's ever happened to you—or anything that ever happened to you, there will people would be lined up, to take their vengeance.
**Raymond Chow**:      You know what? I-I just know—I just know--
**UCE-4599**:    It's just-It's just the way you lived your life. It's the [OV] [Noise] way you…It's principles, right?
**Raymond Chow**:      [OV] Yeah.
**Raymond Chow**:      [Laughs.]
**UCE-4599**:    No, but uh…You've never strayed away from your principles, right?
**Raymond Chow**:      No.

**UCE-4599:**     I mean you-you've always preached that. You know [Noise], you've always preached that. I [OV] believe that wholeheartedly.

**Raymond Chow**:     [OV] You don't have principles, you don't have no life.

**UCE-4599**:     No.

**UCE-4599**:     Mmm hmm. No, I understand that, you know. But at the same time, look [INDECERNABLE 01:48:13]—

**Raymond Chow**:     That's why I'm--

**UCE-4599**:     Listen, I'm-I'm just gonna say this. I know that there are people that are incredibly loyal to you. That who love you, and who see— things happening around you by certain people that are, in their minds, unforgivable to them, because it's the ultimate disrespect, and it's, yeah. And… you know, you-you can't control everything, you know? You can control some things. You can con—you can control what you do, and what you—yo—what you say everyday. But at the end the end of the day DaiLo, you told me your DaiLo had never had to ask you to do anything, right? You-I remember that, because it—it, you know, because that's the same principles--

**Raymond Chow**:     It is true.

**UCE-4599**:     -- that I live by. Because my family never asked me to do anything. They know what the right thing is to do. And I gotta tell you something, that—that guy—karma is a fucking bitch, and-and something…something…Maybe down the line. Maybe 10 years from now. Maybe 15 years from now. Something's gonna happen to that guy.

**Raymond Chow**:     Oh, I think--

**UCE-4599**:     [OV] And not-not necessarily--

**Raymond Chow**:     [OV]I don't think he's gonna last-- I don't think he's gonna last that [OV] long, you know. [Laughs.]

**UCE-4599**:     [OV] Listen, not even necessarily get hurt—

**UCE-4599**:     -- but something's gonna happen to that guy. You know? He betrayed another brother's wife, and got her pregnant. Right?

**Raymond Chow**:     Mmm hmm.

**UCE-4599**:     And then he fucking…He-he did this to you? Things are gonna happen to him, and people are gonna see that for his true character and his true color.

**Raymond Chow**:     Oh—

**UCE-4599**:     Right?

**Raymond Chow:**     --You know what?

**UCE-4599:**     Yeah.

**Raymond Chow:**     People, a lot of people they don't…They don't want me getting involved with it, and… I don't want to get involved with it, but you know, sometimes, you know, and I just you know…Just cannot you know, [OV] stand on the people.

**UCE-4599:**     [OV] Right. No. No.

**UCE-4599:**     Listen.

**Raymond Chow**:     Oh, you know what?   I mean—I—this guy, you know, just a—you know what? I don't-I don't even think about him, you know lately. You know, lately…

[01:50:00]

**UCE-4599:**     Right.

**Raymond Chow**:     'Cause when I first heard it, I was kind of like—it bothered me a little bit.

**UCE-4599:**     Right.

**Raymond Chow**:     And… in time, you know, so I—knowing what they're doing.

**UCE-4599:**     Yeah.

**Raymond Chow**:     It doesn't bother me [OV] anymore--

**UCE-4599**:     [OV] Right.
**Raymond Chow**:     --You know?
**Raymond Chow**:     So I just see what they wha-what he trying to do, you know. And the thing is, you know, he-he try to pump up a lot of kid, you know, to-to try cha-challenge me.
**UCE-4599**:     Yeah.
**Raymond Chow**:     You know what the best part is? The worst part is you know—the police they involved in this.
**UCE-4599**:     Mmm hmmm.
**Raymond Chow**:     That's the worst part, you know.
**UCE-4599**:     And that's bullshit. Because that, you—you know. You take care of your own business, okay? If you gotta get the police involved, you're a pussy. You are a… not only are you—you're a rat fink pussy, and-and that-[OV] that's what you are.
**Raymond Chow**:     [OV] You know what?
**UCE-4599**:     You have no character, you have no--
**Raymond Chow**:     In-in[OV] those things,
**UCE-4599**:     [OV] Yeah.
**UCE-4599**:     Ua huh
**Raymond Chow:**     You know you know, like uh, Mike.
**UCE-4599**:     Yeah.
**Raymond Chow**:     [OV] Did you meet Michael?
**UCE-4599**:     [OV]Yeah. Yeah.
**Raymond Chow**:     He want to get into it, and I said no. You know, he's just—he's your kind of kid [OV] right.
**UCE-4599**:     [OV] Right. Yeah-yeah. Yeah.
**Raymond Chow**:     Just really—he's really loyal kid. [OV]You know.
**UCE-4599**:     [OV]Right.
**UCE-4599**:     Right.

Later they met with Andy Li.  UCE 4599 told Li that he was worried about CHOW's problems at the HST.  Li stated he was coming back to San Francisco from LA to take care of CHOW's problems with Kong.  Li stated he knows Kong and his associates.  Li said "Jim doesn't know I am still with [CHOW]."

**Andy Li:**     I try and tell Ray, you need to be careful, man. You know.
**UCE-4599:**     If you come back you gotta start workin', bro.  You know?  What-When do you think you'll be back?
**Andy Li:**     End of the year.
[Pause];[00:17:05 – 00:17:08]
**UCE-4599:**     [OV] End of the year?
**Andy Li:**      [OV] I was—
**Andy Li:**     --I was with him [CHOW] when I was younger.
**UCE-4599:**     He told me.
**Andy Li:**     Oh he told you that, yeah.
**UCE-4599:**     He told me.
**Andy Li:**     Long time ago.

**UCE-4599:**     Yeah.  Yeah.  He spoke very highly of you, man.
**Andy Li:**      Well thank you.
**UCE-4599:**     He did [INDISCERNIBLE 00:17:22].
**Andy Li:**      [OV] Yeah. Thank you.
**UCE-4599:**      [OV Don't thank me, but—
**UCE-4599:**     He…You know. No, thank yourself, that's who you are, you know? So.
**Andy Li:**      I just wish I nev-[Indiscernible 00:17:30] It was a great—it was an ex-experience, but I met good people.  And there's a lot of bad people.  I mean, that sh-that shit…
**UCE-4599:**     Like [Indiscernible 00:17:42]?
**Andy Li:**      Yeah, it was-it was…There was a lot of assholes in there, right?
**UM:**   Like extra long [Indiscernible 00:17:45]
**Andy Li:**      [OV] Leeches.
**UCE-4599:**     [OV][INDISCERNIBLE 00:17:48].
**Andy Li:**      [OV] There's a lot of leeches.
**UCE-4599:**     [OV] [INDISCERNIBLE 00:17:48]. Yeah.
**UCE-4599:**     I worry about the Dai Lo now, because you know, he tells me he's got some headaches, over with the HST, it's those fuckin' dudes, man, you know I--
**Andy Li:**      Yeah, I know who they are.
**UCE-4599:**     Yeah. I know. [INDISCERNIBLE 00:18:00]. I've been around for a while with this guy—
**Andy Li:**      That's the only reason why I will come back.
**UCE-4599:**     You're gonna come back?
**Andy Li:**      I'm gonna take care of that.
**UCE-4599:**     You gonna take care of business?  The guy I-I-I told—
**Andy Li:**      I know him, that's the super [Indiscernible 00:18:06].
**UCE-4599:**     Yeah, I told, I told him and I told George, I said "look, DaiLo, is never gonna get his hands dirty, alright, but you know what?  I…One thing that he always told me that resonated with me and then always resonated with my family, he said, "My d—".  He said "Dave, my DaiLo , never ever had to ask him to do  anything."
[Pause];[00:18:28 – 00:18:29]
**UCE-4599:**      And-and you know what?  Whatever happens to that mother fucker—I don't know, his name, Jim someone?
**Andy Li:**      Jimmy [Indiscernible 00:18:35].
**UCE-4599:**     Whatever happens to him?  It's karma.  He's got it comin' to him.
**Andy Li:**      Yeah. That was the thing [INDISCERNIBLE 00:18:41]--
**UCE-4599:**     So…Nobody—the DaiLo is never gonna ask anybody to do anything—
**Andy Li:**      I know that.
**UCE-4599:**      You just gotta fuckin' do it, you know? [Indiscernible 00:18:50].
**Andy Li:**      Jim…Jim doesn't know I'm still with him.
**UCE-4599:**     Right.
**Andy Li:**      I know him. Like you [Indiscernible 00:18:55]. He respects me.
**UCE-4599:**     Yeah.
**Andy Li:**      He-he-he like you.
**UCE-4599:**     Right.
**Andy Li:**      Respect that.
**UCE-4599:**     But you know what—
**Andy Li:**      Time has changed.
**UCE-4599:**     Yeah.

| | |
|---|---|
| **Andy Li:** | I'm— |
| **UCE04599:** | Yeah. |
| **Andy Li:** | -- forty eight. I don't know how old that guy is-is |
| **UCE-4599:** | Yeah. |
| **UCE-4599:** | Yeah. |
| **Andy Li:** | I told Ray, I said, I think this is like |
| **UCE-**4599: | [Indiscernible 00:19:11]. Yeah. |
| **Andy Li:** | Where's that? |
| [Pause];[00:19:13-00:19:!4] | |
| **UCE-4599:** | Huh? |
| **Andy Li:** | Where is that? [Indiscernible 00:19:14] |
| **UCE-4599:** | Oh, nothing. |
| [Pause];[00:19:16-00:19:19] | |
| **Andy Li:** | We're speakin' Italian! |
| [Laughter] | |
| **Andy Li:** | Don't' listen to him. |
| **UCE-**4599: | Don't listen to him. |
| **Raymond Chow:** | He's just a trouble-maker, too. [OV] [INDISCERNIBLE 00:19:28] |
| **UCE-**4599: | [OV] DaiLo! |
| **UCE-4599:** | Where you been DaiLo? |

CHOW joined a conversation with Li and UCE 4599 and Li told CHOW he had a new idea to handle Kong. Li stated he would pretend that he didn't like CHOW any longer and try to get close to Kong. CHOW laughed and told them they were nothing but trouble. Li reiterated that he would move back to San Francisco and pretend CHOW was his enemy and "get rid of all the bugs." CHOW told Li to stay out of trouble and then toasted Li. CHOW said Li was looking for an excuse to get into trouble. Li said he was looking to fuck someone up and get rid of the bugs. CHOW told Li that he didn't need that.

| | |
|---|---|
| **Raymond Chow:** | Oh no, I'm gonna sign--finish my contract, everything, you know? And I'll start working – when I start working out -- but I injured my elbow, [OV] as soon-as soon as I… |
| **ANDY LI:** | [OV] When I come back, you work out with me. Oh wait, you can't, you're my enemy when I come back. . [Laughter]  I have a plan. |
| **UCE-4599:** | You have a what? |
| **ANDY LI:** | I have a plan. |
| **UCE-4599:** | Alright. |
| **ANDY LI:** | When I move back, he's my enemy. |
| **UCE-4599:** | Oh cool. |
| **ANDY LI:** | Yeah, no really.  Everybody say no, he's my enemy. |
| [00:40:00] | |
| **UCE-4599:** | He is.  He's my enemy too, but I love him.  [Laughter].  Now you don't have to |

1    take [OV][INDISCERNIBLE 00:40:01]
**F2:**    [OV] You were yelling.
2    **ANDY LI:**    [INDISCERNIBLE 00:40:02] Should get [OV] rid of the bugs.
[Glasses clink]
3    **UM4:** [Indiscernible 00:40:08] stay out of trouble, man.
**UCE-**4599:    We all do –
4    **UM4:** Stay out of trouble.
**UCE-4599:**    We all do.  You stay out of trouble. We'll take care of our own business.
5             [Pause];[00:40:14 – 00:40:23] [Loud dance music.]
**Raymond Chow:**    I don't mind.
6    **WAITRESS:** [Indiscernible 00:40:27]
**UCE-4599:**    It's all right, you want another Corona?
7    **WAITRESS**: You want more [Indiscernible 00:40:28].
**UCE-4599:**    I'm good right now, yeah.
8    **ANDY LI**    I'll take one more.
**WAITRESS:** Vodka tonic?
9    **ANDY LI**    Thank you.
**UCE-4599:**    DaiLo, you want something—
10   **ANDY LI:**    You know I've been-I've be-I've been drinking a lot tonight.
**UCE-4599:**    Really?
11   **ANDY LI:**    You actually stand, I cannot stand Middle Eastern.
**UCE-4599:**    You can't stand what?
12   **ANDY LI:**    Middle Eastern, Middle Eastern fucker.
**UCE-4599:**    Oh you fucker, Euro-trash, man. Euro-trash.
13   **ANDY LI:**    They were..[INAUDIBLE 00:4052] I'm not racist, but it's like [INAUDIBLE
00:40:55]—
14   **UCE-4599:**    Nah, I'm gonna tell you something, I am racist, so—
**ANDY LI:**    Great. [Laughs]
15   **UCE-4599:**    I'm-I'm—I mean—no, I am! I don't give a fuck, I'll tell you right now. I'm
telling you right now, I am. So, you don't have to be politically correct with me, I fuckin' hate
16   people.  I-I always say to Raymond, what'd I tell you tonight, "Until I like you, I don't like you".
Yeah, that's it.  Until you show me your true side.
17   **ANDY LI:**    Yeah. The way you are, right, yeah.
**UCE-4599:**    It's okay. But you know what, the thing is, it's no great fuckin'…It's no great
18   honor to be liked by me, so it doesn't matter.
**ANDY LI:**    No, no, it is!
19   **UCE-4599:**    No, it isn't, no.  Until I like you, I don't like you, bro.  'Cause I trust from my
heart, you know?
20   **Raymond Chow:**    [OV][SC]Stay out of trouble
**ANDY LI:**    [OV]People like you is harder to find.
21   **UCE-4599:**    Well people like you guys are hard to find.
**ANDY LI:**    That's why people like us can connect better.
22   **UCE-4599**:    Right.
**ANDY LI:**    We understand.
23          [Music Playing][Pause];[00:41:44 – 00:41:51]
**Raymond Chow:**    Oh, he's been looking for an excuse to get in trouble
24   **ANDY LI:**    Huh?
**Raymond Chow:**    You're looking for excuse to get in trouble

1  **ANDY LI:**     I'm looking for an excuse to fuck some idiot up.  Bugs, gotta get rid of the bugs.
   **UCE-4599:**     They're pretty annoying bugs.
2  **Raymond Chow:** No, not . . .
   **ANDY LI:**     You know how you eat, and like these flies fly around?  The flies flying around,
3  [Indiscernible 00:42:16] turn around you gotta smack one of 'em.
   **Raymond Chow:**     No, I don't need that.
4  **UCE-4599:**     Not that you need it.  Not that you need it. This is what it is.  [Pause]  I'm gonna
5  say hello to Joe.

6  On February 16, 2012, UCE 4599 asked how CHOW was handling his problems with Kong.

7  CHOW said the streets have their own way of justice and sometimes people don't understand that.

8  CHOW believed someone would let Kong know that he was wrong, that CHOW didn't have to do

9  anything; it would take care of itself.

10

11  **UCE 4599**:     How is that—how is that—the Jim guy, that headache, that you always—how's
    that handle—how's that going? Is he—is he, you know? I know he's not even your league, but
12  you know?
    **RAYMOND**:     In the street they have their own justice, Okay?
13  **UCE 4599**:     Of course.
    **RAYMOND**:     A lot of people doesn't see that.
14  **UCE 4599**:     Well.  [Laughs.]
    **RAYMOND**:     See, the thing—that they-- when I on sole father [PH] [02:06:55], I'm effected
15  [PH] [02:06:57], to me, you take the road to-- to the offense, I probably lose my ass.
16  **UCE 4599**:     Of course.
    **RAYMOND**:     Or I have him just sit there, let him attack me.
17  **UCE 4599**:     Of course.
    **RAYMOND**:     You know what? Someone will let him know.
18  **UCE 4599**:     Karma.
    **RAYMOND**:     You are wrong.
19  **UCE 4599**:     Karma is a bitch.
    **RAYMOND**:     You know what? I don't have to speak and say the words.
20  **UCE 4599**:     You don't have to.
    **RAYMOND**:     [INDISCERNIBLE] [02:07:20]
21  **UCE 4599**:     You know, listen. Yeah.
    **RAYMOND**:     See the thing is, a lot of people doesn't see that.
22  **UCE 4599**:     No-no-no, but like you said, you know, your Big Brother never ever had to ask you
23  to do anything. Ever.
    **RAYMOND**:     I think that's why, you know, that's why--
24  **UCE 4599**:     Ever. And nor should they ever have to.
    **RAYMOND**:     You know what, in my younger age, one thing everybody know—everybody
25  know, I already beat my share [PH] [02:07:43]
26  **UCE 4599**:     Of course.
    **RAYMOND**:     I take care of the people—when I could.
27  **UCE 4599**:     Yeah.
    **RAYMOND**:     And… even the people in the prison.
28

USA SUBMISSION RE: MURDER EVIDENCE
CR 14-0196 CRB                    19

**UCE 4599**:      Yeah.
**RAYMOND**:      Even like today, you know, people call me--
**UCE 4599**:      Right.
**RAYMOND**:      Hey [INDISCERNIBLE] [02:07:54]
**UCE 4599**:      Yeah.
**RAYMOND**:      You know what? I'm [INDISCERNIBLE] [02:07:58]
**UCE 4599**:      Yeah. Of course.
**GEORGE**:      Where is he now?
**UNKNOWN MALE**: [Translated].  Downstairs, by downstairs.  He has a [INDISCERNIBLE 02:08:04]. Downstairs, on your right hand side.
**UCE 4599**:      Alright.
**RAYMOND**:      You know, a lot of people doesn't realize that, you know? And… you… from the past I'm so deep in the game.
**UCE 4599**:      Right.
**RAYMOND**:      Like a un—like a underwater stream. Well, now, I'm playing any kind of game or involved with any illegal business--
**UCE 4599**:      Right.
**RAYMOND**:      I become stronger than ever.
**UCE 4599**:      Of course!
**RAYMOND**:          You know what? So I have no conflicts of interest with noboby.
**UCE 4599**:          No you don't. But like you said to me—you know of what's going on. And you mediate, and you make sure that nobody gets hurt, and the people that… the people that have… uh… how will I say this, the people that—the people get their fair sh—you know what I'm saying? Their fair… share.
**RAYMOND**:          Put it this way, I enjoy people who are successful.
**UCE 4599**:          Of course.

On April 20, 2012, CHOW expressed anger at Kong and said in the old days he would have "straight checked him.  I'm going to fuck you right now."  CHOW said he will be waiting when Kong goes to jail.

On July 6, 2012, Nieh told UCE 4599 that Kong had moved to LA because he feared for his life.

On September 19, 2012, CHOW discussed that Kong was "out."  CHOW stated that people would have to choose between CHOW or Kong.

On December 12, 2012, CHOW described that Kong was "done."

**UCE 4599:**  Well, you know, that's what Happy [a dog CHOW disciplined] needed. Happy needed that.  Some people need that too, right? Like that Jim guy.
**RAYMOND CHOW:**  Oh, he's done.
**UCE 4599**: Done?
**RAYMOND CHOW**: When, when I announce that he's no longer my brother, my friend.  What he did.  Allen, actually, in the whole thing, Allen Leung, you know, the incident, he had a lot to do with it.

**UCE 4599:**  You think he had a lot to do with it?  We're good, yeah, thank you.  Yeah.

**RAYMOND CHOW:**  I don't think, I know.

**UCE 4599**: You know?

**RAYMOND CHOW**: Yeah, that's why I know, he, he so much, you know, focus on me, he knew I knew.

**UCE 4599:**  So he wants to pass on bad energy for you.  Yeah.  He wants to pass on bad energy for you.

**RAYMOND CHOW:**  After, after . . . in the last three weeks, [INDISCERNIBLE] there's a chapter . . . .

**UCE 4599:**  I'm sorry, say again?

**RAYMOND CHOW:**  I'm writing a chapter about Jim.

**UCE 4599:**  Oh, really?  Fuck him.  Yeah.

**RAYMOND CHOW:**  See, [INDISCERNIBLE] time can tell the history.  When the time passing on, all the truth will come out.  Only one thing, you know, I don't want to get involved with any investigation, to try to get me [INDISCERNIBLE].  When they come to me, my knowledge, you know, fine . . .

**UCE 4599:**  Right. When people come to you and tell you.

**RAYMOND CHOW:**  But I'm not going to look for it.  It is what it is.

**UCE 4599:**  No.  Of course.

**RAYMOND CHOW:**  If I look for it, probably I find everything out within about 90 days.

Later in the evening, CHOW discussed Kong with UCE 4599 again.

**RAYMOND CHOW:**  You know what? I don't, I don't see Jim and whatever their crew in the, in the same level as the knowledge, wisdom, experience as I do.

**UCE 4599:** No, no, no, no, no.

**RAYMOND CHOW:**  And especially on the street, you know, I don't have no conflict of interest, you know.  That's why they going to become the loser.

**UCE 4599:**  Of course.

**RAYMOND CHOW:**  When I, when I give the final . . . when I say the final word, you know, to this guy …the destiny, on the street, they have their own nature, just like Rick Ross doesn't recognize that nature.  I do.  When you recognize that nature, it becomes your force.  When I'm saying this guy is not my friend, I don't have no longer dealing with him, the nature take care of them selves.

On February 13, 2013, UCE 4599 discussed Kong with Li again.  Li stated that Kong had guys following him because he was recruiting them.  Li discussed that CHOW has respect because he still had a lot of people and said "he's not going to show it like he did before . . . if he needs somebody, he will get it."  Li stated CHOW asked Li to move back to San Francisco, and said that Chanthavong also called Li to get him to come back to San Francisco because of "this guy Jimmy."  Li said that he thought "I know that idiot [Jimmy], man" and that Li could just come back up and "smash" Jimmy.  Li and UCE 4599 discussed that Kong had relocated to Los Angeles.

On July 18, 2013, UCE 4599 discussed the Kong situation with defendant Pau during a cigarette transaction in New York.  Referring to Kong, Pau stated that you don't threaten CHOW.

**UCE-4599**: Jimmy?
**James Pau**: No, Jimmy didn't make it up there, that high.
**UCE-4599**: Okay.
**James Pau**: He just, poof, old man—
**UCE-4599**: Okay.
**James Pau**:  and push, over the old man, the whole thing. Raymond don't like it so Raymond got him kicked out Hop Sing.
**UCE-4599**: Oh, okay.
**James Pau**: Before he joined the Dai Lo.
**UCE-4599**: Oh, okay. All right.
**James Pau**: You don't—you don't threaten the old man [CHOW].
**UCE-4599**: No, you don't.  No, you don't threaten him, yeah.
**James Pau**: You could threaten outsider but you don't threaten yourself.

On September 10, 2013, UCE 4599 and defendant Nieh discussed that Li and CHOW had a falling out after a fight in a karaoke bar.  Nieh stated that CHOW cut Li off after the fight.

**UCE-4599**:    No shit, dude.  That must be some old bad blood, bro.
**George Nieh**: And also they're being stupid, yeah.
**UCE-4599**:    No shit.  So what the -- so, I mean, did he hurt the old man or did he hit him?  Did he --
**George Nieh**: I think the old man couple bruises.
**UCE-4599**:    No kidding, dude.
**George Nieh**: Yeah.
**UCE-4599**:    I got to tell you, I'm fucking shocked cause, I mean, I know Andy's got a little bit of a temper, but I didn't, you know, I would never expect him to fucking --
**George Nieh**: I mean, he's got temper or no temper it's cool, but you got to come down and think, you know.
**UCE-4599**:    Plus that's your fucking -- that's your Dai Lo, man.  That's guy's, you know.
**George Nieh**: Exactly.  I mean, he don't respect -- I mean, there's no respect.  And if there's no respect the next time I see you I'm going to pop your ass that's it.
**UCE-4599**:    Right.
**George Nieh**: Yeah, that's what the old man said.  Next time I seen him I'm gonna fucking fight with him -- pop him.
**UCE-4599**:    Yeah.
**George Nieh**: Yeah.  I said okay.
**UCE-4599**:    Well just, you know -- hopefully they can --
**George Nieh**: I know concern you but --
**UCE-4599**:    Yeah, no, no.  But, no, but -- yeah.
**George Nieh**: I can't tell you what to do.
**UCE-4599**:    I mean, business is business but, yeah.
**George Nieh**: Yeah.
**UCE-4599**:    But still, man, I -- you know, that seems like that's old school stuff, man.
**George Nieh**: Yeah it is.
**UCE-4599**:    Hopefully they can work that out though.

1  **George Nieh**: Yeah, we're talking about respect, man.
   **UCE-4599**:     Yeah.
2  **George Nieh**: I mean, you don't use --
   **UCE-4599**:     No, you don't -- no, not your elders, man.
3  **George Nieh**: Yeah.
   **UCE-4599**:     I get it, bro.  I'm very big into that, bro -- not your elders, dude, you know.  Wow.
4  I'm fucking shocked, bro.
   **George Nieh**: I mean, it's not like he was yelling at him and he was being tough and shit.  I
5  mean --
   **UCE-4599**:     Yeah.
6  **George Nieh**: You know, man, I mean, you don't fight your buddies, okay.
   **UCE-4599**:     No, man.  Bro, he's fucking 54 years old, bro.  He -- listen, you can't, you know -
7  -
   **George Nieh**: Yeah.
8  **UCE-4599**:     Holy shit.  Was is it like a cheap shot or did they, were they like --
   **George Nieh**: See, I don't know what actually happened, but I think he -- I think Andy tried to
9  throw a couple punches.  And then --
   **UCE-4599**:     And nobody broke it up, like Joe didn't break it up or anything?
10 **George Nieh**: I think Joe didn't do a good job breaking it up.
   **UCE-4599**:     Mmm.  So like when you say he's -- they're not going to make up, they're not
11 going to -- you know, cause they're -- you talking --
   **George Nieh**: Oh, no, on.  There's old man -- cause, I mean, dude, I mean, Andy and Joe called
12 old man and apologized but old man said, no, forget it.  I don't even want to talk to them.
   **UCE-4599**:     You got to understand, man --
13 **George Nieh**: Yeah.
   **UCE-4599**:     -- like the old man could fucking put the green light on his fucking ass, bro.
14 **George Nieh**: Yeah, yeah, exactly.
   **UCE-4599**:     You know what I'm saying?
15 **George Nieh**: I think they just -- I think just worry about that later on.
   **UCE-4599**:     Holy shit.  Well, Jesus Christ, man, that kind of clouds up the situation a little bit
16 but --
   **George Nieh**: See, old man hates brother fighting brothers, man.  That's --
17 **UCE-4599**:     No, of course.  He -- he's never been about that.
   **George Nieh**: Yeah.
18 **UCE-4599**:     He's never been about that, you know.  He's never been about that.
   **George Nieh**: Looks like over here, lights.
19 **UCE-4599**:     And Joe was like his body -- fucking personal security, right?
   **George Nieh**: Yes.
20 **UCE-4599**:     And then -- and then Andy was like kind of like enforcer, right?
   **George Nieh**: Yeah.
21 **UCE-4599**:     Jesus Christ, man.  This place is fucking packed.  It's --
   **George Nieh**: [INDISCERNIBLE 00:24:16] a whistle blow a little bit?
22 **UCE-4599**:     Yeah, I don't think they hear, right?
   **George Nieh**: Yeah.
23 **UCE-4599**:     Do you think he's here or no?
   **George Nieh**: I don't think so.  I don't see his car.
24 **UCE-4599**:     George, that's some serious shit, bro.
   **George Nieh**: Yeah, stupid fighting shit.

1  **UCE-4599**:   I guess so.  So the old man's just done with him, right?
**George Nieh**: Yeah.

2  **UCE-4599**:   Let me ask you a question.  Does he got to go, bro, or no?  Is he -- you think --
**George Nieh**: The old man's still --

3  **UCE-4599**:   Contemplating?
**George Nieh**: Yeah.

4  **UCE-4599**:   So he doesn't know if he's going to get -- green light him yet?
**George Nieh**: No.

5  **UCE-4599**:   That's a big thing, bro.  You got to understand, that's like -- in my family that
would be a very big thing.

6  **George Nieh**: Yeah, I mean, every family --

7  **UCE-4599**:   Yeah.

8  **George Nieh**: -- I think.
**UCE-4599**:   Yeah.  That'd be a very big thing, bro.  Well, dude, just give me a heads-up

9  because I don't want to be anywhere near that fucking shit.  You know what I'm saying?
**George Nieh**: Yeah.

10  **UCE-4599**:   You know, tell me cause I'll steer fucking clear.

11  **George Nieh**: Just don't do too much business.  What are you -- I mean, he's not doing much
anyway, I mean, yeah.

12  **UCE-4599**:   Yeah, it's just with Al and Andy and whatever it is, just the money stuff.
**George Nieh**: Yeah.

13  **UCE-4599**:   But I don't even see Andy though, like I see Al, really.  You know, I know that's
part of Andy's crew, you know.

14  **George Nieh**: Yeah.

15  **UCE-4599**:   I don't know.  It's all -- take it they're all together.
**George Nieh**: And -- oh, all of them, every one of them.

16  **UCE-4599**:   They're all together?  Yeah, it's Joe, Andy and Al.  I mean, I know that.  Let me
call.  Wow.  That's a fucking shame, dude, you know.

17  **George Nieh**: It is a shame.

18  **UCE-4599**:   Because they go back a really long way, bro, you know.  I mean, they were in the
fucking -- they were in the can, you know.  They, you know, they went through that whole

19  fucking case together, right?  Andy just must have some fucking pent up, you know --
**George Nieh**: No, he's -- he's just -- he's fucking stupid.

20  **UCE-4599**:   Yeah.
**George Nieh**: [INDISCERNIBLE 00:26:58] all bad and shit.

21  **UCE-4599**:   Right.  Let me ask you a question.  Are you -- I mean, if he came back to the old
man, like on his hands and knees just like -- what, do you think the old man would forgive him

22  or -- no?  He's done?

23  **George Nieh**: Yeah, he's done.
**UCE-4599**:   How do you -- I mean, cause Andy's, right, he's part of the Ghee Kung Tong but

24  he's also HST.  So how do you get him out?  Like you just --
**George Nieh**: Well, I mean, it was announcing last week, you know, we had a meeting.

25  **UCE-4599**:   Oh, he announced it?
**George Nieh**: Yeah.

26  **UCE-4599**:   He said he's done?

27  **George Nieh**: Yeah, he -- Andy and Joe is no longer with us anymore.
**UCE-4599**:   Okay.

28  **George Nieh**: Yeah.

**UCE-4599**:     Wow.  But they ain't going to make a move on him, right?
**George Nieh**: Well, not Joe, but I don't know about Andy.
**UCE-4599**:     Dude, I don't think Andy would ever do that, man.
**George Nieh**: But you got to be prepared.
**UCE-4599**:     Yeah, you do.
**George Nieh**: I mean, Andy may look tough but he's a real chicken shit.
**UCE-4599**:     Wow.  Wow.
**George Nieh**: That's why he always act tough.  You know --
**UCE-4599**:     Yeah.
**George Nieh**: -- talks tough, talks, doesn't fight.

On September 26, 2013, UCE 4599 and defendant Nieh discussed CHOW's conflict with

defendant Li after CHOW and Li fought at a bar.  Nieh stated that people were afraid of CHOW because

he would surprise people.  Nieh stated "If [CHOW] wanted to take you out, he would take you out."

On October 17, 2013, Kong was found with his girlfriend, Cindy Chen.  Both were murdered.

Further details regarding the murder scene and the investigation are being filed under seal to preserve

the investigation and details that would be known to the participants and the witnesses.

On October 30, 2013, approximately two weeks after Kong was murdered, UCE 4599 met with

CHOW.  CHOW informed UCE 4599 that Kong had been murdered.

**RAYMOND CHOW**: You know what happened [to Jim]?  They found him and his wife about
they tie him up and throw him in the ocean.  And another thing people they say they find them in
a car . . . .
**UCE 4599**: He's dead?
**RC**: Yeah.
**UCE 4599**: Are you kidding me?
**RC**: No.  They say it's a secret but everybody know in Chinatown [laughs].  They say, oh it's
under investigation, it's a secret, but everybody knows.
**UCE** 4599 : you said that he was in the hustle, he was, he was doing bad things and yeah.  You
said he was using your name.
**RC**: Yeah.  When I cut him out, he cannot use my name no more, and the people out there
knowing, they're serious, he not my brother, he not my friend.  That's what happened.
**UCE 4599**: he didn't get the protection he needed.  Holy fuck.  You know what, he made that
decision in his life, right?
**RC**: See the thing, the thing, the thing is . . . and, when, a couple weeks ago when they called me
up and they come to tell me.  Everyone say it's a secret, but everybody knows [laughs].
**UCE 4599**: is this recent?
**RC**: yeah, I think about two weeks ago.
**UCE 4599**: Holy shit.
**RC**: Ten, ten people come to mention it to me and not even one say anything good about this
guy, not even one.
**UCE 4599**: Dai Lo, you, I know, if I can recall our conversations we had, he was a bad guy, he
was a fucking bad guy.

**RC**: I'm guessing, I'm really patient, for all this time, you know dealing with it, dealing with it the right way.  Back in the old day, yeah I would have done something to this guy, but you know, I can see that, you know, somebody will do something to him, I don't even tripping.
**UCE 4599**: yeah, that's the path he chose, right?
**RC**: When I heard about it, "Wow, that was really cool, he fucked up, you know, he had that coming, he had that coming."  [Laughs].  Then I about it, wait a minute, you know, what's wrong with this guy, he got his wife involved with it, his family [UI].  I come down to Chinatown, I come down to Chinatown, I know at least four, five guys, four, five guys, and not even one say anything good about him.

UCE 4599 asked CHOW if the police had talked to CHOW about it.  CHOW stated that there were so many suspects that the investigation was "fucked up."  CHOW suspected that it was a Vietnamese group that killed Kong.  CHOW stated "[t]here are a lot of people loyal to my friendship. Definitely, I got to have somebody take my revenge."

The investigation took steps to minimize the threat to Kong by, among other steps, approaching Kong directly to inform him that source information revealed a threat to murder Kong, that Kong should get out of the area, and to take appropriate precautions.  In addition, UCE 4599 was active in questioning CHOW, the other defendants, and other associates to gauge whether or not there would be action to carry out the threat to Kong.  UCE 4599 attempted to determine if there was any actionable intelligence such that arrests would be made before any harm came to Kong.  While CHOW's associates discussed that something would happen to Kong, none admitted directly to UCE 4599 that they were planning to act promptly against Kong with the possible exception of defendant Andy Li.  The government also took steps to discourage Li from taking any action against Kong.

Now that defendant Li is cooperating, he would testify to the following.  Defendant Li started working with CHOW in the early 1990s and, among other crimes, participated in committing arson of a stash house for CHOW.  The arson went bad and left Li with bad burns over half of his body, including his face.  Li also spent time in prison with CHOW, where they both also met Chanthavong.  Li and CHOW also both cooperated with the government during the trial of Peter Chong and both testified against Chong.  Among the crimes that they testified about in that trial, CHOW had previously entrusted Li with hiring hit men to perform a murder.  Li hired two individuals to commit a murder in the

Northeast at the request of CHOW, although the murder was not carried out and the two intended

gunmen also cooperated with the government.  Based on that prior relationship, CHOW knew that Li

could be relied upon to arrange a hit.

During the investigation, CHOW traveled to Los Angeles to visit with the co-author of CHOW's

book.  While in Los Angeles, CHOW would contact Li to socialize and to ask Li to drive CHOW from

place to place.  Li agreed to meeting with CHOW and driving CHOW as Li still considered CHOW to

be his Dai Lo.  While CHOW was in Los Angeles, Li drove and picked CHOW up from CHOW's hotel

near the airport.  Li drove CHOW to the residence of CHOW's co-author on CHOW's book.  During the

drive, CHOW described that he had a falling out with Kong.  CHOW requested that Li find someone to

kill Kong.  At that time, Li agreed that he would kill Jim Tat Kong for CHOW and intended to carry it

out.

Following that discussion, Li moved back to San Francisco from Los Angeles and was one of

many participants in the conversations with UCE 4599 about how CHOW wanted Kong dead and that

Kong would be killed as a result of CHOW removing his protection from Kong.  According to Li,

several months later, he went back to CHOW to ask when and how CHOW wanted Kong killed.  Li said

that, at that point, CHOW told Li not to worry about it any longer and that "it was handled."

As described above, in September of 2013, Li and CHOW had a falling out.  While at a karaoke

bar with Chanthavong and others, Li and CHOW became very intoxicated.  Li expressed anger that

CHOW had never paid Li for the arson in the early 90s and that CHOW had not properly shown respect

for Li's loyalty in the past.  Li and CHOW left the bar to go outside to fight.  According to

Chanthavong, during the argument between Li and CHOW, CHOW stated that Li had also disappointed

him because Li was "supposed to take care of Jimmy for me."  CHOW and Li fought and Li beat

CHOW down.

After the fight, CHOW distanced himself from both Li and Chanthavong – Li because he had

beat CHOW up and Chanthavong because he had not stood up for CHOW or protected CHOW from Li.

While this fight could have been the staged fight that Li had described to UCE 4599 to get close to

Kong, there is no indication that it was staged.  In fact, CHOW, Chanthavong, Li, and Nieh each

described a very real fight and falling out afterwards.  In addition, there is no indication from Kong's

associates that Li ever approached Kong or tried to affiliate with Kong after the fight with CHOW.

Again, this evidence is core proof of the nature of the enterprise run by CHOW.  This was not a

typical social organization dedicated to improving the community only.  This was a criminal enterprise

that involved itself in violence when CHOW deemed violence to be necessary.  The evidence regarding

the solicitation to murder Kong and the "green light" on Kong is obviously highly relevant to the nature

of the enterprise and CHOW's role in the enterprise.  It explains the very reason for bringing defendant

Li back into the fold.  Again, this evidence fits squarely within the currently charged Count One RICO

Conspiracy, which expressly states that the purposes of the enterprise included "[p]reserving and

protecting the power, territory, reputation, and profits of the enterprise, its members, and associates,

through the use of security, intimidation, violence, threats of violence, and assaults" [*see*, Second

Superseding Indictment, Count One, ¶ 8(a)];  "organizing and carrying out shows of strength and

intimidation, assaults, and other violence when perceived as necessary for the good of the enterprise and

members and associates of the enterprise" [*id*. at ¶ 8(b)].  Further, the means and methods of the

enterprise are described in the indictment as including:  "Members and Associates of CKT protected and

expanded the enterprise's criminal operation by committing, attempting, and threatening to commit

violence, including assaults, intimidation, and threats of violence directed against those who would act

against CKT and its members and associates" [*id*. at ¶ 9(a)]; and "[m]embers of CKT promoted a

climate of fear through intimidation, violence, and threats of violence intended to promote the authority

of the enterprise and its members and associates and insulate its members and associates from

1   prosecution for the criminal actions of the enterprise." [*Id*. at ¶ 9(b).]  *Also see*, Second Superseding

2   Indictment at ¶ ¶ 11, 12.

3   **Relationship to the Chee Kung Tong/Hop Sing Tong**

4   The murder of Leung was based upon CHOW's desire both to profit from the Tongs and to

5   assert control over the Tongs.  That evidence will come from Chanthavong, from Individual C, from

6   

7   other cooperators, from those who were aware of CHOW's desire to profit from and control the Tongs,

8   from Leung's statements to associates, and from CHOW's conduct at the funeral and taking over the

9   Dragonhead.

10   The solicited murder of Kong was based upon CHOW's displeasure with Kong related to the

11   Tongs.  That will come from Li's testimony and from the abundant recordings of CHOW regarding his

12   

13   infighting with Kong over control of the Tongs and the fallout from that conflict.  Chanthavong was also

14   solicited to act against Kong but would not agree to it.

15   **III.   CONCLUSION**

16   In light of the foregoing, the government hereby respectfully submits that the Court should deny

17   defendant Chow's Motions *in Limine* and allow admission of the evidence described above during trial.

18   

19   DATED: October 12, 2015                         Respectfully submitted,

20                                                              BRIAN J. STRETCH
                                                                 Acting United States Attorney
21

22   _____/s/_____
                                                                 SUSAN E. BADGER
23                                                              WILLIAM FRENTZEN
                                                                 S. WAQAR HASIB
24                                                              Assistant United States Attorneys

25

26

27

28