IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 14-00196 CRB |
| Plaintiff, | **ORDER DIRECTING RESPONSE** |
| v. | |
| KWOK CHEUNG CHOW, a/k/a "Raymond Chow," a/k/a "Hai Jai," a/k/a "Shrimpboy," et al. | |
| Defendants. | |

Defendant Kwok Cheung Chow is hereby DIRECTED to file a response to the government's Emergency Motion to Continue Jury Selection and Trial Date (dkt. 1065) by 10:00 a.m. tomorrow.

**IT IS SO ORDERED.**

Dated: October 14, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2014\196\order directing response to emergency motion.wpd