IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KWOK CHEUNG CHOW, a/k/a "Raymond Chow," a/k/a "Hai Jai," a/k/a "Shrimpboy," et al.<br><br>    Defendants._____ / | No. CR 14-00196 CRB<br><br>**ORDER RE MEET AND CONFER** |

    The Court hereby ORDERS the parties to appear before Magistrate Judge Spero tomorrow, October 28, 2015, at 9:00 a.m. for a further meet and confer about stipulations in the upcoming trial. Defendant Kwok Cheung Chow, defense attorneys Tony Serra, Curtis Briggs, and Tyler Smith, as well as Assistant United States Attorneys William Frentzen, Susan Badger, and S. Waqar Hasib must all be physically present. The parties are further ordered to bring with them all necessary documents.

    **IT IS SO ORDERED.**

Dated: October 27, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2014\196\order re meet and confer.wpd