1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  WILLIAM FRENTZEN (LABN 24421)
   SUSAN BADGER (CABN 124365)
5  S. WAQAR HASIB (CABN 234818)
   Assistant United States Attorneys
6
          450 Golden Gate Avenue, Box 36055
7         San Francisco, California 94102-3495
          Telephone: (415) 436-6959
8         FAX: (415) 436-6753
          william.frentzen@usdoj.gov
9         susan.badger@usdoj.gov
          waqar.hasib@usdoj.gov
10
   Attorneys for Plaintiff
11

12                          UNITED STATES DISTRICT COURT

13                         NORTHERN DISTRICT OF CALIFORNIA

14                                SAN FRANCISCO DIVISION

15
   UNITED STATES OF AMERICA,              ) No. CR 14-0196 CRB
16                                        )
          Plaintiff,                      ) UNITED STATES' MOTION TO SEAL AND
17                                        ) [PROPOSED] ORDER
       v.                                 )
18                                        )
   KWOK CHEUNG CHOW, a/k/a "Raymond       )
19 Chow", a/k/a "Hai Jai", a/k/a "Shrimpboy", )
                                          )
20        Defendant.                      )
                                          )
21                                        )
                                          )
22

23     The prospective jurors in the trial in the above-captioned case filled out and submitted questionnaires

24 on October 19, 2015.  The Court ordered the parties to exchange "lists of individuals in the jury pool

25 whom, based on their questionnaire responses, the parties believe ought not serve on this jury."

26 Document 1080.  The parties did so on October 23, 2015, as required by the Court.  The government is

27 prepared to submit to the Court, under seal, by the end of the day today "an alphabetized list of those

28 individuals appearing on both parties' lists."  *Id*.  In order to do so, the government submits the instant

U.S. MOT. TO FOR SEALING ORDER; [PROP.] ORDER
CR 14-0196 CRB                                    1

1  motion seeking an order from the Court requiring the Clerk's Office to file the United States'

2  Submission Regarding Jury Selection under seal until further notice of the Court.

4  DATED: October 28, 2015                    Respectfully submitted,

5                                             BRIAN J. STRETCH
                                              Acting United States Attorney

7                                                    /s/
                                              SUSAN BADGER
                                              Assistant United States Attorney

9                                  [PR~~OPO~~SED] ORDER

10       Upon the motion of the United States and good cause appearing, IT IS HEREBY ORDERED

11  THAT the Clerk of the Court file the United States' Submission Regarding Jury Selection under seal

12  until further notice of the Court.

13  IT IS SO ORDERED.

14  DATED: October  28 , 2015

16                                             CHARLES R. BREYER
                                              Senior United States District Judge