In the United States District Court

For the Northern District of California

District Judge CHARLES R. BREYER

### CRIMINAL MINUTES

**Date:** November 5, 2015  **Time:** 11 minutes

**Court Reporter:** Joann Bryce

**Case No. and Name:** CR-14-0196-1CRB   United States of America v Kwok Cheun Chow

**Attorneys:**  **(P)** William Frentzen, Susan Badger, Waqar Hasib  **(D)** Tony Serra, Curtis Briggs

**Cantonese Interpreters:** Thomas Lam and Norah Uyeda

**Deputy Clerk:** Barbara Espinoza

### PROCEEDINGS:

Status conference

### SUMMARY:

Status regarding the availability of jurors was address, upon no objection from the government's counsel or defense counsel, the Court excuses jurors no. 9 (22) and no. 12 (33) for cause.  Alternate jurors 1 and 2 are substituted in place of excused jurors.  The selection of two alternate jurors is to take place at 8:30 on November 9, 2015.

**(X)** The defendant is remanded to the custody of the United States Marshal.