1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  WILLIAM FRENTZEN (LABN 24421)
   SUSAN E. BADGER (CABN 124365)
5  S. WAQAR HASIB (CABN 234818)
   Assistant United States Attorneys
6
        450 Golden Gate Avenue, Box 36055
7       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
8       FAX: (415) 436-7234
        William.frentzen@usdoj.gov
9       Susan.badger@usdoj.gov
        Waqar.hasib@usdoj.gov
10

11 Attorneys for United States of America

12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14
                         SAN FRANCISCO DIVISION
15

16 | UNITED STATES OF AMERICA,           ) No.: CR 14-0196 CRB
                                         )
17 |      v.                             ) ORDER PERMITTING VICTIM FAMILY
                                         ) ATTENDANCE DURING TRIAL PURSUANT TO
18 | KWOK CHEUNG CHOW, et al.            ) THE CRIME VICTIMS' RIGHTS ACT
                                         )
19 |      Defendants.                    )
                                         )
20                                       )
                                         )
21                                       )
                                         )
22

23
                                    **ORDER**
24
        In accordance with the Motion for Victim Family Attendance During Trial filed by the United
25
   States, good cause appearing therefor, and pursuant to the Crime Victims' Rights Act, 18 U.S.C. §§
26
   3771(a)(3) and (b)(1),
27

28

[PROPOSED] ORDER
CR 14-0196 CRB                              1

1   IT IS HEREBY ORDERED, that the family members of Allen Leung who will be witnesses during trial may attend the opening statements and any appropriate further proceedings during trial.

SO ORDERED, this 6th day of November, 2015.

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

[PROPOSED] ORDER
CR 14-0196 CRB                             2