**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 14-00196 CRB |
| Plaintiff, | **ORDER RE MEDIA ACCESS TO THE MEDIA CENTER** |
| v. | |
| KWOK CHEUNG CHOW, a/k/a "Raymond Chow," a/k/a "Hai Jai," a/k/a "Shrimpboy," et al. | |
| Defendants. / | |

The Court hereby orders that members of the media are permitted to bring cameras into the media center on the first floor of the courthouse at 450 Golden Gate Avenue for the duration of the trial of Kwok Cheung Chow, although the Court's prior order prohibiting the broadcast of trial proceedings remains in effect.

**IT IS SO ORDERED.**

Dated: November 9, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE