In the United States District Court

For the Northern District of California

District Judge CHARLES R. BREYER

**CRIMINAL MINUTES**

**Date:** November 10, 2015               **Time:** 5.5 hrs

                                          **Court Reporter:** Lydia Zinn, Joann Bryce

**Case No. and Name:** CR-14-0196CRB    USA v  Kwok Cheung Chow

**Attorneys:  (P)** Waqar Hasib, William Frentzen, Susan Badger **(D)** Tony Serra, Curtis Briggs, Tyler Smith

**Cantonese Interpreter:** Rebecca Chau, Norah Uyeda, Bannie Chow

**Deputy Clerk:** Barbara Espinoza

**Trial Began**  Nov. 9, 2015                    **Trial Ended** _____

**PROCEEDINGS:**

**Witness:**  William Wu, John Broderick, Matt Cobo, Matthew Beaupain, Kongphet "Joe" Chanthavong,

**Exhibits:** 04-002 thru 04-072, 04-001, 04-082, 04-073, 04-084, 04-083, 04-074, 04-075, 04-076, 04-077, 04-078, 04-081, 04-079, 04-080, 06-001, 06-002 thru 06-085, 06-086, 06-087, 06-088, 06-092, 06-091, 06-099 thru 06-101, 108, 109, 07-002 thru 07-091, 07-093 thru 07-132, 008-001 thru 08-105

**Trial continued to November 12, 2015 at 9:00 a.m.**

**(X)** The defendant is remanded to the custody of the United States Marshal.