BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

WILLIAM FRENTZEN (LABN 24421)
SUSAN E. BADGER (CABN 124365)
S. WAQAR HASIB (CABN 234818)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    William.frentzen@usdoj.gov
    Susan.badger@usdoj.gov
    Waqar.hasib@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>    v. <br> KWOK CHEUNG CHOW, et al. <br>    Defendants. | No.: CR 14 0196 CRB <br><br> UNITED STATES' MOTION TO SEAL GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO DISCHARGE JUROR #2 AND [PROPOSED] ORDER |

    The United States of America, by and through Assistant United States Attorneys William Frentzen, Susan E. Badger, and S. Waqar Hasib, respectfully submits this motion requesting that the Court order that the government's Opposition to Defendant's Motion to Discharge Juror #2 and any resulting order be filed under seal.

\\

USA MOTION TO SEAL AND [PROPOSED] ORDER
CR 14-0196 CRB                          1

As grounds for this motion, the government states that the content of the government's Opposition to Defendant's Motion to Discharge Juror #2 contains information that this Court specifically instructed should be filed under seal.

WHEREFORE, the United States respectfully requests that the Court order that the United States' Opposition to Defendant's Motion to Discharge Juror #2 and any resulting order be sealed until further order of the Court for the reason set forth herein.

DATED: December 30, 2015          Respectfully submitted,

BRIAN J. STRETCH
Acting United States Attorney

           /s/
WILLIAM FRENTZEN
SUSAN E. BADGER
S. WAQAR HASIB
Assistant United States Attorneys

[PROPOSED] ORDER

Upon the motion of the United States, and good cause appearing, IT IS HEREBY ORDERED THAT the United States' Opposition to Defendant's Motion to Discharge Juror #2 in the above-captioned case be filed under seal until further notice from this Court.

**IT IS SO ORDERED.**

DATED: _____           _____
                                      HONORABLE CHARLES R. BREYER
                                      United States District Court Judge