UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.: CR 14-0196 CRB |
| Plaintiff, | ) | |
| | ) | **SPECIAL VERDICT FORM** |
| v. | ) | |
| KWOK CHEUNG CHOW, | ) | |
|   a/k/a "Raymond Chow," | ) | |
|   a/k/a "Ha Jai," | ) | |
|   a/k/a "Shrimpboy," | ) | |
| Defendant. | ) | |

We the jury, find:

## COUNT ONE

1A.   Kwok Cheung Chow _____ of conspiring to conduct or to participate in the
(guilty or not guilty)
conduct of the affairs of an enterprise through a pattern of racketeering, in violation of 18 U.S.C. 1962(d).

If you find Kwok Cheung Chow not guilty of Count One, skip paragraph 1B, below, and go directly to paragraph 2 on the next page.  If, on the other hand, you find Kwok Cheung Chow guilty of Count One, then go to paragraph 1B, below.

1B.   We further find that Kwok Cheung Chow agreed and understood that the pattern of racketeering for the racketeering conspiracy charged in Count One would include either murder, or conspiracy to commit murder, or both.

Write either "Yes" or "No" in each of the spaces provided.

| MURDER | CONSPIRACY TO COMMIT MURDER |
|--------|-----------------------------|
| _____ | _____ |

SPECIAL VERDICT FORM
CR 14-0196 CRB                                                      2

## COUNT TWO

2. Kwok Cheung Chow _____ of the murder of Allen Leung in aid of racketeering, in violation of 18 U.S.C. § 1959(a)(1).
(guilty or not guilty)

## COUNT THREE

3. Kwok Cheung Chow _____ of violent crime in aid of racketeering - conspiracy to murder Jim Tat Kong , in violation of 18 U.S.C. § 1959(a)(5).
(guilty or not guilty)

SPECIAL VERDICT FORM
CR 14-0196 CRB                                    3

COUNTS FOUR THROUGH 133

4-133. Kwok Cheung Chow _____ of laundering of funds represented to be the proceeds of a specified unlawful activity, in violation of 18 U.S.C. § 1956(a)(3) for each of the offenses listed below. For each listed offense, please mark an X in either the column titled "Guilty" or the column titled "Not guilty". Do not mark an X in both columns for the same count.

(guilty or not guilty)

| Count | Date | Amount | Description of Transaction | Guilty | Not guilty |
|---|---|---|---|---|---|
| 4 | 3/19/11 | $22,000 | Receipt of $22,000 in cash by Kevin SIU | | |
| 5 | 3/19/11 | $22,000 | Receipt of $22,000 in cash by George NIEH | | |
| 6 | 3/25/11 | $20,000 | Payment of $20,000 check by NIEH | | |
| 7 | 3/25/11 | $20,000 | Wire transfer $20,000 by SIU | | |
| 8 | 4/12/11 | $44,000 | Receipt of $44,000 in cash by SIU | | |
| 9 | 4/13/11 | $44,000 | Receipt of $44,000 in cash by NIEH | | |
| 10 | 4/20/11 | $15,000 | Payment of $15,000 check by NIEH | | |
| 11 | 4/20/11 | $15,000 | Payment of $15,000 check by NIEH | | |
| 12 | 4/20/11 | $10,000 | Payment of $10,000 check by NIEH | | |
| 13 | 4/25/11 | $40,000 | Wire transfer of $40,000 by SIU | | |
| 14 | 5/4/11 | $66,000 | Receipt of $66,000 in cash by NIEH | | |
| 15 | 5/9/11 | $20,000 | Payment of $20,000 check by NIEH | | |
| 16 | 5/11/11 | $20,000 | Payment of $20,000 check by NIEH | | |
| 17 | 5/13/11 | $20,000 | Payment of $20,000 check by NIEH | | |
| 18 | 5/26/11 | $110,000 | Receipt of $110,000 in cash by NIEH | | |
| 19 | 5/26/11 | $55,000 | Receipt of $50,000 in cash by SIU | | |
| 20 | 6/1/11 | $25,000 | Payment of $25,000 check by NIEH | | |
| 21 | 6/1/11 | $25,000 | Payment of $25,000 check by NIEH | | |
| 22 | 6/2/11 | $50,000 | Wire transfer of $50,000 by SIU | | |
| 23 | 6/3/11 | $25,000 | Payment of $25,000 check by NIEH | | |
| 24 | 6/7/11 | $25,000 | Wire transfer of $25,000 by NIEH | | |
| 25 | 6/16/11 | $110,000 | Receipt of $110,000 in cash by NIEH | | |
| 26 | 6/16/11 | $66,000 | Receipt of $66,000 in cash by SIU | | |
| 27 | 6/22/11 | $25,000 | Payment of $25,000 check by NIEH | | |
| 28 | 6/22/11 | $25,000 | Payment of $25,000 check by NIEH | | |
| 29 | 6/22/11 | $60,000 | Wire transfer of $60,000 by SIU | | |
| 30 | 6/24/11 | $25,000 | Payment of $25,000 check by NIEH | | |
| 31 | 6/24/11 | $25,000 | Payment of $25,000 check by NIEH | | |
| 32 | 7/14/11 | $132,000 | Receipt of $132,000 in cash by NIEH | | |
| 33 | 7/20/11 | $30,000 | Payment of $30,000 check by NIEH | | |
| 34 | 7/20/11 | $30,000 | Payment of $30,000 check by NIEH | | |
| 35 | 7/23/11 | $30,000 | Payment of $30,000 check by NIEH | | |
| 36 | 7/23/11 | $30,000 | Payment of $30,000 check by NIEH | | |
| 37 | 8/1/11 | $110,000 | Receipt of $110,000 in cash by NIEH | | |
| 38 | 8/1/11 | $33,000 | Receipt of $33,000 in cash by Alan CHIU | | |
| 39 | 8/5/11 | $8,000 | Payment of $8,000 check by CHIU | | |
| 40 | 8/5/11 | $8,000 | Payment of $9,000 check by CHIU | | |
| 41 | 8/5/11 | $8,000 | Payment of $7,000 check by CHIU | | |
| 42 | 8/9/11 | $30,000 | Payment of $30,000 check by NIEH | | |
| 43 | 8/9/11 | $20,000 | Payment of $20,000 check by NIEH | | |
| 44 | 8/11/11 | $30,000 | Payment of $30,000 check by NIEH | | |
| 45 | 8/11/11 | $20,000 | Payment of $20,000 check by NIEH | | |

| Count | Date | Amount | Description of Transaction | Guilty | Not guilty |
|---|---|---|---|---|---|
| 46 | 8/17/11 | $6,000 | Payment of $6,000 check by CHIU | | |
| 47 | 9/22/11 | $132,000 | Receipt of $132,000 in cash by NIEH | | |
| 48 | 9/22/11 | $66,000 | Receipt of $66,000 in cash by CHIU | | |
| 49 | 9/29/11 | $30,000 | Payment of $30,000 check by NIEH | | |
| 50 | 9/29/11 | $30,000 | Payment of $30,000 check by NIEH | | |
| 51 | 10/1/11 | $30,000 | Payment of $30,000 check by NIEH | | |
| 52 | 10/1/11 | $30,000 | Payment of $30,000 check by NIEH | | |
| 53 | 10/4/11 | $60,000 | Wire transfer of $60,000 by CHIU | | |
| 54 | 10/19/11 | $132,000 | Receipt of $132,000 in cash by NIEH | | |
| 55 | 10/19/11 | $44,000 | Receipt of $44,000 in cash by CHIU | | |
| 56 | 10/24/11 | $40,000 | Wire transfer of $40,000 by CHIU | | |
| 57 | 10/28/11 | $30,000 | Payment of $30,000 check by NIEH | | |
| 58 | 10/28/11 | $30,000 | Payment of $30,000 check by NIEH | | |
| 59 | 10/31/11 | $30,000 | Payment of $30,000 check by NIEH | | |
| 60 | 10/31/11 | $30,000 | Payment of $30,000 check by NIEH | | |
| 61 | 11/17/11 | $88,000 | Receipt of $88,000 in cash by NIEH | | |
| 62 | 11/23/11 | $20,000 | Payment of $20,000 check by NIEH | | |
| 63 | 11/23/11 | $20,000 | Payment of $20,000 check by NIEH | | |
| 64 | 11/25/11 | $20,000 | Payment of $20,000 check by NIEH | | |
| 65 | 11/25/11 | $20,000 | Payment of $20,000 check by NIEH | | |
| 66 | 12/13/11 | $88,000 | Receipt of $88,000 in cash by NIEH | | |
| 67 | 12/13/11 | $22,000 | Receipt of $22,000 in cash by CHIU | | |
| 68 | 12/21/11 | $20,000 | Wire transfer of $20,000 by CHIU | | |
| 69 | 12/21/11 | $20,000 | Payment of $20,000 check by NIEH | | |
| 70 | 12/21/11 | $20,000 | Payment of $20,000 check by NIEH | | |
| 71 | 12/23/11 | $20,000 | Payment of $20,000 check by NIEH | | |
| 72 | 12/23/11 | $20,000 | Payment of $20,000 check by NIEH | | |
| 73 | 1/25/12 | $77,000 | Receipt of $77,000 in cash by NIEH | | |
| 74 | 2/3/12 | $35,000 | Payment of $35,000 check by NIEH | | |
| 75 | 2/3/12 | $35,000 | Payment of $35,000 check by NIEH | | |
| 76 | 2/13/12 | $66,000 | Receipt of $66,000 in cash by NIEH | | |
| 77 | 2/13/12 | $22,000 | Receipt of $22,000 in cash by CHIU | | |
| 78 | 2/21/12 | $20,000 | Wire transfer of $20,000 by CHIU | | |
| 79 | 2/17/12 | $30,000 | Payment of $30,000 check by NIEH | | |
| 80 | 2/17/12 | $30,000 | Payment of $30,000 check by NIEH | | |
| 81 | 4/19/12 | $77,000 | Receipt of $77,000 in cash by NIEH | | |
| 82 | 4/27/12 | $35,000 | Payment of $35,000 check by NIEH | | |
| 83 | 4/27/12 | $35,000 | Payment of $35,000 check by NIEH | | |
| 84 | 5/10/12 | $66,000 | Receipt of $66,000 in cash by NIEH | | |
| 85 | 5/17/12 | $30,000 | Payment of $30,000 check by NIEH | | |
| 86 | 5/17/12 | $30,000 | Payment of $30,000 check by NIEH | | |
| 87 | 5/16/12 | $33,000 | Receipt of $33,000 in cash by YUN | | |
| 88 | 5/22/12 | $30,000 | Wire transfer of $30,000 by YUN | | |
| 89 | 6/20/12 | $66,000 | Receipt of $66,000 in cash by NIEH | | |
| 90 | 6/20/12 | $66,000 | Receipt of $66,000 in cash by YUN | | |
| 91 | 6/22/12 | $20,000 | Payment of $20,000 check by YUN | | |
| 92 | 6/28/12 | $30,000 | Payment of $30,000 check by NIEH | | |
| 93 | 6/28/12 | $30,000 | Payment of $30,000 check by NIEH | | |
| 94 | 6/26/12 | $20,000 | Wire transfer of $20,000 by YUN | | |
| 95 | 6/27/12 | $10,000 | Wire transfer of $10,000 by YUN | | |
| 96 | 6/27/12 | $10,000 | Wire transfer of $10,000 by YUN | | |
| 97 | 8/16/12 | $66,000 | Receipt of $66,000 in cash by NIEH | | |

| Count | Date | Amount | Description of Transaction | Guilty | Not guilty |
|---|---|---|---|---|---|
| 98 | 8/16/12 | $66,000 | Receipt of $66,000 in cash by YUN | | |
| 99 | 8/22/12 | $18,000 | Payment of $18,000 check by PAU | | |
| 100 | 8/24/12 | $30,000 | Payment of $30,000 check by NIEH | | |
| 101 | 8/24/12 | $30,000 | Payment of $30,000 check by NIEH | | |
| 102 | 8/27/12 | $15,000 | Payment of $15,000 check by YUN | | |
| 103 | 8/31/12 | $17,000 | Payment of $17,000 check by YUN | | |
| 104 | 9/4/12 | $10,000 | Payment of $10,000 check by YUN | | |
| 105 | 10/11/12 | $66,000 | Receipt of $66,000 in cash by NIEH | | |
| 106 | 10/11/12 | $66,000 | Receipt of $66,000 in cash by YUN | | |
| 107 | 10/11/12 | $12,000 | Payment of $12,000 check by YUN | | |
| 108 | 10/12/12 | $15,000 | Payment of $15,000 check by YUN | | |
| 109 | 10/17/12 | $15,000 | Payment of $15,000 check by YUN | | |
| 110 | 10/19/12 | $9,000 | Payment of $9,000 check by YUN | | |
| 111 | 10/19/12 | $30,000 | Payment of $30,000 check by NIEH | | |
| 112 | 10/19/12 | $30,000 | Payment of $30,000 check by NIEH | | |
| 113 | 10/24/12 | $9,000 | Payment of $9,000 check by YUN | | |
| 114 | 12/12/12 | $77,000 | Receipt of $77,000 in cash by NIEH | | |
| 115 | 12/19/12 | $20,000 | Payment of $20,000 check by NIEH | | |
| 116 | 12/21/12 | $20,000 | Payment of $20,000 check by NIEH | | |
| 117 | 12/21/12 | $10,000 | Wire transfer of $10,000 by NIEH | | |
| 118 | 12/21/12 | $20,000 | Two wire transfers of $10,000 each by NIEH | | |
| 119 | 2/14/13 | $88,000 | Receipt of $88,000 in cash by NIEH | | |
| 120 | 2/22/13 | $20,000 | Payment of $20,000 check by NIEH | | |
| 121 | 2/22/13 | $20,000 | Payment of $20,000 check by NIEH | | |
| 122 | 2/26/13 | $20,000 | Wire transfer of $20,000 by NIEH | | |
| 123 | 2/26-28/13 | $20,000 | Two wire transfers of $10,000 each by NIEH | | |
| 124 | 4/11/13 | $77,000 | Receipt of $77,000 by NIEH | | |
| 125 | 4/11/13 | $33,000 | Receipt of $33,000 by YUN | | |
| 126 | 4/12/13 | $9,000 | Payment of $9,000 check by YUN | | |
| 127 | 4/17/13 | $12,000 | Payment of $12,000 check by YUN | | |
| 128 | 4/19/13 | $9,000 | Payment of $9,000 check by YUN | | |
| 129 | 4/19/13 | $35,000 | Payment of $35,000 check by NIEH | | |
| 130 | 4/19/13 | $35,000 | Payment of $35,000 check by NIEH | | |
| 131 | 6/13/13 | $77,000 | Receipt of $77,000 in cash by NIEH | | |
| 132 | 6/22/13 | $35,000 | Payment of $35,000 check by NIEH | | |
| 133 | 6/22/13 | $35,000 | Payment of $35,000 check by NIEH | | |

## COUNT 134

134. Kwok Cheung Chow _____ of conspiring between December 13, 2011, and
(guilty or not guilty)
March 13, 2011 to either receive, possess, store, sell, or dispose of stolen property, specifically 50 cases of Hennessey XO alcohol, across state lines, OR to transport, transmit, or transfer said stolen property to a location outside the United States, OR BOTH, with all of you agreeing unanimously on one or both of the objects of the conspiracy.

## COUNT 135

135. Kwok Cheung Chow _____ of conspiring between June 20, 2012, and
(guilty or not guilty)
September 19, 2012, to receive, possess, store, sell, or dispose of stolen property, specifically 27 cases of Johnnie Walker Blue Label alcohol, across state lines.

## COUNT 136

136. Kwok Cheung Chow _____ of conspiring between July 19, 2012, and
(guilty or not guilty)
August 16, 2012, to either receive, possess, store, sell, or dispose of stolen property, specifically more than 10,000 cigarettes, across state lines, OR to possess, receive, sell, distribute or purchase more than 10,000 contraband cigarettes, OR BOTH, with all of you agreeing unanimously on one or both of the objects of the conspiracy.

## COUNT 137

137. Kwok Cheung Chow _____ of conspiring between December 17, 2012, and
(guilty or not guilty)
January 16, 2013, either to receive, possess, store, sell, or dispose of stolen property, specifically more than 10,000 cigarettes, across state lines, OR to possess, receive, sell, distribute or purchase more than 10,000 contraband cigarettes, OR BOTH, with all of you agreeing unanimously on one or both of the objects of the conspiracy.

SPECIAL VERDICT FORM
CR 14-0196 CRB                                                         7

## COUNT 138

138.    Kwok Cheung Chow _____ of conspiring between June 19, 2013, and July 23,
(guilty or not guilty)
2013, either to receive, possess, store, sell, or dispose of stolen property, specifically more than 10,000 cigarettes, across state lines, OR to possess, receive, sell, distribute or purchase more than 10,000 contraband cigarettes, OR BOTH, with all of you agreeing unanimously on one or both of the objects of the conspiracy.

COUNTS 139 THROUGH 162

139-162.   Kwok Cheung Chow _____ (guilty or not guilty) of laundering the proceeds of a specified unlawful activity, in violation of 18 U.S.C. § 1956(a)(1) for each of the offenses listed below.   For each listed offense, please mark an X in either the column titled "Guilty" or the column titled "Not guilty".   Do not mark an X in both columns for the same count.

| Count | Date | Amount | Description of Transaction | Guilty | Not guilty |
| --- | --- | --- | --- | --- | --- |
| 139 | 5/13/13 | $99,275 | Delivery of $99,275 by Norge MASTRANGELO | | |
| 140 | 5/14/13 | $96,275 | Receipt of $96,275 by Albert NHINGSAVATH | | |
| 141 | 8/9/13 | $93,870 | Delivery of $93,870 in cash by Serge GEE | | |
| 142 | 8/11/13 | $90,180 | Receipt of $90,180 by GEE and Elaine LIANG | | |
| 143 | 8/26/13 | $155,900 | Delivery of $155,900 in cash by GEE | | |
| 144 | 8/27/13 | $149,900 | Receipt of $149,900 in cash by GEE and LIANG | | |
| 145 | 9/3/13 | $76,030 | Delivery of $76,030 in cash by unindicted co-conspirators | | |
| 146 | 9/6/13 | $73,000 | Receipt of $73,000 in cash by GEE | | |
| 147 | 9/9/13 | $203,000 | Delivery of $203,000 in cash by unindicted co-conspirators | | |
| 148 | 9/10/13 | $195,000 | Receipt of $195,000 in cash by GEE and LIANG | | |
| 149 | 9/16/13 | $107,400 | Delivery of $107,400 in cash by unindicted co-conspirators | | |
| 150 | 9/18/13 | $103,100 | Receipt of $103,100 in cash by GEE and LIANG | | |
| 151 | 9/26/13 | $145,020 | Delivery of $145,020 in cash by unindicted co-conspirators | | |
| 152 | 9/26/13 | $139,200 | Receipt of $139,200 by LIANG | | |
| 153 | 10/1/13 | $189,780 | Delivery of $189,780 by Gary Kwong Yiu CHEN | | |
| 154 | 10/1/13 | $182,110 | Receipt of $182,110 by GEE and Anthony LAI | | |
| 155 | 10/4/13 | $150,000 | Delivery of $150,000 in cash by GEE | | |
| 156 | 10/8/13 | $144,000 | Receipt of $144,000 in cash by GEE | | |
| 157 | 10/15/13 | $102,790 | Delivery of $102,790 in cash by CHEN | | |
| 158 | 10/15/13 | $98,678 | Receipt of $98,678 in cash by LAI | | |
| 159 | 10/23/13 | $134,145 | Delivery of $134,145 by CHEN | | |
| 160 | 10/24/13 | $128,800 | Receipt of $128,800 by LAI | | |
| 161 | 12/5/13 | $199,240 | Delivery of $199,240 by CHEN | | |
| 162 | 12/6/13 | $191,270 | Receipt of $191,270 by LAI | | |

DATED: _____     _____
                                                              FOREPERSON

SPECIAL VERDICT FORM
CR 14-0196 CRB                                        9