BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

WILLIAM FRENTZEN (LABN 24421)
SUSAN E. BADGER (CABN 124365)
S. WAQAR HASIB (CABN 234818)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    William.frentzen@usdoj.gov
    Susan.badger@usdoj.gov
    Waqar.hasib@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No.: CR 14-0196 CRB |
|---|---|---|
| v. | ) | UNITED STATES' STATEMENT RE: DISCOVERY |
| KWOK CHEUNG CHOW, et al. | ) | |
| Defendants. | ) | Court:  Honorable Charles R. Breyer |

1  Following questioning of FBI Special Agent Emmanuel Pascua, defendant Chow's counsel
2 requested discovery related to the arrest of Raymond Lei. The government hereby files this statement
3 regarding discovery on that issue. The government re-examined the materials that were produced from
4 the arrest of Raymond Lei (a recorded interview and an FBI 302). Re-examination revealed that there
5 were no *Brady* materials generated from the arrest of Mr. Lei. Out of an abundance of caution, however,
6 the government turned over the recorded interview and the FBI 302 to counsel for defendant. The
7 materials were provided to defendant Chow during the Christmas break and prior to the conclusion of
8 the defendant's presentation of evidence.

10 DATED: January 2, 2016                    Respectfully submitted,

11                                           BRIAN J. STRETCH
                                             Acting United States Attorney
12
                                                    /s/
13                                           SUSAN E. BADGER
                                             WILLIAM FRENTZEN
14                                           S. WAQAR HASIB
                                             Assistant United States Attorneys

USA STATEMENT RE: DISCOVERY
CR 14-0196 CRB                                   1