BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CABN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7303
    FAX: (415) 436-7234
    Email: david.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KWOK CHEUNG CHOW, <br><br> Defendant. | CASE NO. CR 14-0196 CRB <br><br> APPLICATION OF THE UNITED STATES FOR A FINAL ORDER OF FORFEITURE |

On November 14, 2016, the Court entered a Preliminary Order of Forfeiture of Assets to be Applied Toward Defendant's Money Judgment, forfeiting the following property:

    (1) All intellectual property rights to, and profits or proceeds from publicity related to: Shrimp Boy: The Sun of the Underworld, A Life of Crime, Violence and Redemption Inside the Chinatown Underworld. Copyright Registration Number TXu001769022. Authorship on Application: Raymond Chow, 1959 -; and

    (2) All intellectual property rights to, and profits or proceeds from publicity related to: Shrimp Boy: A Life of Crime, Violence and Redemption Inside the Chinatown Underworld. Copyright Registration Number TXu001893320. Authorship on Application: Raymond Chow, 1959 -.

pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

The Preliminary Order required the United States to publish notice of the Order and otherwise direct written notice to all persons known to have an interest in said property. Beginning on November 25, 2016, the United States published notice of the forfeiture action on www.forfeiture.gov, a government website for at least thirty days, notice of this Order and notice of the government's intent to dispose of the property in accordance with the law. The notice also advised potential third parties of their right to petition the Court within (30) days for a hearing to adjudicate the validity of their legal interest in the property.

The United States represents that no petitions have been filed.

Therefore, the United States respectfully requests that the Court enter the proposed Final Order of Forfeiture, directing that the property described above be forfeited to the United States, pursuant to the procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

Dated: 6/2/17

BRIAN J. STRETCH
United States Attorney

DAVID B. COUNTRYMAN
Assistant United States Attorney

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of:

- Application of the United States for a Final Order of Forfeiture
- [Proposed] Final Order of Forfeiture

to be served this date via United States First Class mail delivery upon the person(s) below at the place(s) and address(es) which is the last known address(es):

Brian E. Soriano, Esq
Law Office of Brian E. Soriano
1801 Bush Street, Suite 118
San Francisco, CA 94109

Chow Enterprises, LLC
1728 Hyde Street
San Francisco, CA 94109

Alicia Lo
991 Carolina Street
San Francisco, CA 94107

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 2nd day of June, 2017, at San Francisco, California.

CAROLYN JUSAY
FSA Paralegal
Asset Forfeiture Unit