UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 14-0196 CRB |
| Plaintiff, | [PROPOSED] FINAL ORDER OF FORFEITURE |
| v. | |
| KWOK CHEUNG CHOW, | |
| Defendant. | |

On November 14, 2016, the Court entered a Preliminary Order of Forfeiture forfeiting the following property:

(1) All intellectual property rights to, and profits or proceeds from publicity related to: Shrimp Boy: The Sun of the Underworld, A Life of Crime, Violence and Redemption Inside the Chinatown Underworld. Copyright Registration Number TXu001769022. Authorship on Application: Raymond Chow, 1959 -; and

(2) All intellectual property rights to, and profits or proceeds from publicity related to:

Shrimp Boy: A Life of Crime, Violence and Redemption Inside the Chinatown Underworld. Copyright Registration Number TXu001893320. Authorship on Application: Raymond Chow, 1959 -.

pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

The United States represents that it has complied with the publication notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is so ordered that the above-described property shall be forfeited to the United States, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure. All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

Dated: _____

HONORABLE CHARLES R. BREYER
United States District Judge