KAREN L. LANDAU, ESQ., C.S.B. 128728
Attorney at Law
2626 Harrison St.
Oakland, California 94612
(510) 839-9230 (telephone)

Email: karenlandau@karenlandau.com

Attorney for Defendant Kwok Cheung Chow

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) NOTICE OF APPEAL |
| Plaintiff, | ) |
| | ) CR-14-196-CRB |
| vs. | ) |
| | ) |
| KWOK CHEUNG CHOW AKA RAYMOND CHOW AKA SHRIMPBOY, | ) |
| | ) |
| Defendant. | ) |

    Defendant Kwok Cheung Chow hereby appeals to the United States Court of Appeals for the Ninth Circuit, from this Court's Final Order of Forfeiture, entered on June 6, 2017.

    Dated: June 7, 2017

                      Respectfully submitted,

                      KAREN L. LANDAU

                      /s/Karen L. Landau

                      _____
                      By: Karen L. Landau

CERTIFICATE OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States, over the age of 18 years and not a party to the within cause; my business address is

2626 Harrison St., Oakland, California 94612.

I hereby certify that on, I electronically filed the foregoing with the Clerk of the Court for the United States District Court by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 7, 2017.

                                        /s/Karen L. Landau
                                        Karen L. Landau