KAREN L. LANDAU, CSB # 128728
Attorney at Law
2626 Harrison St.
Oakland, California 94612
(510) 839-9230 (telephone)
Email: karenlandau@karenlandau.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>KWOK CHEUNG CHOW AKA RAYMOND CHOW,<br><br>  Defendant. | CR 14-196-CRB<br><br>~~PROPOSED~~ ORDER GRANTING APPLICATION FOR ACCESS TO SEALED DOCUMENTS |

GOOD CAUSE APPEARING, on motion of counsel Karen L. Landau, access to sealed documents numbered:

504, 509, 510, 531, 532, 533, 736, 938, 939, 940, 997, 1129, 1130, 1179, 1180, 1188, 1195, 1201, 1202, 1207, 1210, 1212, 1213, 1214, 1219, 1220, 1229, 1230, 1237, 1238, 1239, 1288, 1289, 1380, 1386, 1405, 1411, 1412, 1413, 1414, 1415, 1424, 1425, 1432, 1481, 1482, 1483, 1484.

is granted.

IT IS SO ORDERED.

Dated: July 31, 2017

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

-1-