1  KAREN L. LANDAU, CSB # 128728
2  Attorney at Law
   2626 Harrison St.
3  Oakland, California 94612
4  (510) 839-9230 (telephone)
   Email: karenlandau@karenlandau.com
5

6              UNITED STATES DISTRICT COURT

7            NORTHERN DISTRICT OF CALIFORNIA

8                    SAN FRANCISCO

9

10  UNITED STATES OF AMERICA,        ) CR 14-196-CRB
                                     )
11       Plaintiff,                  )
                                     ) ~~PROPOSED~~ ORDER UNSEALING
12       vs.                         ) TRANSCRIPT AND DOCUMENTS
    KWOK CHEUNG CHOW AKA             )
13  RAYMOND CHOW,                    )
                                     )
14       Defendant.                  )

15
        GOOD CAUSE APPEARING, on motion of counsel Karen L. Landau,
16
17  the following items shall be unsealed:

18      1.  The Transcript of the Hearing Occurring on 6/15/16, currently
19
20  docketed at 1483;

21      2.  Docket numbers 1172, 1173, 1481, 1482 and 1484.
22
        IT IS SO ORDERED.
23
24      Dated:  November 13, 2017

25      _____
26      HON. CHARLES R. BREYER
27      UNITED STATES DISTRICT JUDGE
28

-1-