1  JAMES S. THOMSON
   California SBN 79658
2  Attorney and Counselor at Law
   732 Addison Street, Suite A
3  Berkeley, California 94710
   Telephone: (510) 525-9123
4  Facsimile:  (510) 525-9124
   Email: james@ycbtal.net
5
   Attorney for Petitioner
6  KWOK CHEUNG CHOW

7  STEPHANIE HINDS (CABN 154284)
   Acting United States Attorney
8  WILLIAM FRENTZEN (LABN 24421)
   Assistant United States Attorney
9  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
10 Telephone: (415) 436-6959
   Fax: (415) 436-6753
11 William.Frentzen@usdoj.gov

12 Attorneys for United States of America

13              **IN THE UNITED STATES DISTRICT COURT**

14             **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

15                       **SAN FRANCISCO DIVISION**

16 | UNITED STATES OF AMERICA, | ) | CASE NO. 3:14-cr-00196-CRB |
   |---|---|---|
17 |  | ) | **STIPULATION REGARDING** |
   | Plaintiff/Respondent, | ) | **REQUEST FOR STATUS** |
18 |  | ) | **CONFERENCE TO ADDRESS** |
   | vs. | ) | **CASE MANAGEMENT MATTERS** |
19 |  | ) | **AND PROPOSED ORDER** |
   |  | ) |  |
20 | KWOK CHEUNG CHOW, | ) | Date: To Be Set |
   |  | ) | Time: To Be Set |
21 |  | ) |  |
   | Defendant/Petitioner. | ) | Judge: Honorable Charles R. Breyer |
22 | _____ | ) |  |

23         Whereas, on July 26, 2021, counsel for Kwok Cheung Chow filed a request for

24 status conference to address case management matters and a declaration of counsel in

25 support of the request.  Doc #2283.

26         Whereas the parties have met and conferred regarding case management matters.

27 The parties acknowledge that there is a significant amount of materials that need to be

28 reviewed in order to proceed in this matter.  See Doc #2283.

                                        1

1  Whereas the parties have met an conferred regarding the setting of a realistic and
2  reasonable date for a status conference to address case management matters.
3  Whereas the parties agree to setting a status conference to address case management
4  matters in December 2021 at the Court's convenience.
5
6  IT IS SO STIPULATED this 19th day of August, 2021.
7
8  /s/ William Frentzen
   _____
9  WILLIAM FRENTZEN
   Assistant United States Attorney
10
11
   /s/ James Thomson
12 _____
   JAMES THOMSON
13 Attorney for Kwok Cheung Chow
14
15
16                    **[PROPOSED] ORDER**
17  Upon the stipulation of the parties, and for good cause appearing, IT IS HEREBY
18  ORDERED that the a status conference will be held in the above-captioned cases on
19  December __, 2021 at _____ to address case management matters.
20  IT IS SO ORDERED.
21
22
23
   _____
   HON. CHARLES R. BREYER
24 United States Senior District Judge
25
26
27
28