JAMES S. THOMSON
California SBN 79658
Attorney and Counselor at Law
732 Addison Street, Suite A
Berkeley, California 94710
Telephone: (510) 525-9123
Facsimile:  (510) 525-9124
Email: james@ycbtal.net

Attorney for Petitioner
KWOK CHEUNG CHOW

STEPHANIE HINDS (CABN 154284)
Acting United States Attorney
WILLIAM FRENTZEN (LABN 24421)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6959
Fax: (415) 436-6753
William.Frentzen@usdoj.gov

Attorneys for United States of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| UNITED STATES OF AMERICA, | ) CASE NO. 3:14-cr-00196-CRB |
|---|---|
| Plaintiff/Respondent, | ) **STIPULATION REGARDING REQUEST FOR STATUS CONFERENCE TO ADDRESS CASE MANAGEMENT MATTERS AND ~~PROPOSED~~ ORDER** |
| vs. | ) |
| KWOK CHEUNG CHOW, | ) Date: To Be Set |
|  | ) Time: To Be Set |
| Defendant/Petitioner. | ) Judge: Honorable Charles R. Breyer |

Whereas, on July 26, 2021, counsel for Kwok Cheung Chow filed a request for status conference to address case management matters and a declaration of counsel in support of the request.  Doc #2283.

Whereas the parties have met and conferred regarding case management matters. The parties acknowledge that there is a significant amount of materials that need to be reviewed in order to proceed in this matter.  See Doc #2283.

Whereas the parties have met an conferred regarding the setting of a realistic and reasonable date for a status conference to address case management matters.

Whereas the parties agree to setting a status conference to address case management matters in December 2021 at the Court's convenience.

IT IS SO STIPULATED this 19th day of August, 2021.


/s/ William Frentzen
_____
WILLIAM FRENTZEN
Assistant United States Attorney


/s/ James Thomson
_____
JAMES THOMSON
Attorney for Kwok Cheung Chow


## [PROPOSED] ORDER

Upon the stipulation of the parties, and for good cause appearing, IT IS HEREBY ORDERED that the a status conference will be held in the above-captioned cases on December  8 , 2021 at  1:30pm to address case management matters.

IT IS SO ORDERED.


Date: August 20, 2021

_____
HON. CHARLES R. BREYER
United States Senior District Judge