IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>KWOK CHEUNG CHOW,<br><br>Defendant. | Case No. CR 14-0196 CRB<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

Defendant Kwok Cheung Chow has filed an Amended Motion for Relief under 28 U.S.C. § 2255. See Mot. (dkt. 2324-5) (redacted version). The government is hereby ORDERED to respond to the motion within 120 days of this order. Mr. Chow may then file a reply, if he wishes to do so, within 60 days of the government's response. The Court will then take the motion under submission.

**IT IS SO ORDERED.**

Dated: July 15, 2022

CHARLES R. BREYER
United States District Judge