1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  KYLE F. WALDINGER (CABN 298752)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6830
7       Facsimile: (415) 436-7234
        Email: Kyle.Waldinger@usdoj.gov
8
   Attorneys for the United States of America
9

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                               SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,           ) No. CR 14-0196 CRB
                                       )
14         Plaintiff,                  )
                                       ) **NOTICE OF WITHDRAWAL OF COUNSEL**
15     v.                              )
                                       )
16 CHOW ET AL.,                        )
                                       )
17         Defendants.                 )
                                       )
18

19     PLEASE TAKE NOTICE that Assistant United States Attorney (AUSA) Kyle F. Waldinger no

20 longer represents the United States in the above-captioned case.  Please exclude AUSA Waldinger in all

21 future correspondence, pleadings, and notices and remove from the list of persons to be noticed.

22

23 DATED:  August 16, 2022                          STEPHANIE M. HINDS
                                                    United States Attorney
24
                                                    *Kyle F. Waldinger*
25
                                                    _____
26                                                  KYLE F. WALDINGER
                                                    Assistant United States Attorney
27

28

   NOTICE OF WITHDRAWAL OF COUNSEL
   CR 14-0196 CRB