1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney

2

3  THOMAS A. COLTHURST (CABN 99493)
   Chief, Criminal Division

4  RAVI T. NARAYAN (CABN 331858)
   Assistant United States Attorney

5

6  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7369

7  FAX: (415) 436-7234
   Ravi.Narayan@usdoj.gov

8
   Attorneys for United States of America

9
                    UNITED STATES DISTRICT COURT

10
                   NORTHERN DISTRICT OF CALIFORNIA

11
                         SAN FRANCISCO DIVISION

12

13  UNITED STATES OF AMERICA,            )  NO. 14-CR-196 CRB
                                          )
14         Plaintiff,                     )  STIPULATION TO EXTEND GOVERNMENT
                                          )  RESPONSE DEADLINE AND [PROPOSED]
15      v.                                )  ORDER
                                          )
16  KWOK CHEUNG CHOW,                     )
                                          )
17         Defendant.                     )
                                          )
18

19     It is hereby stipulated by and between counsel for the United States and counsel for the

20  defendant Kwok Cheung Chow that the government's response deadline to defendant's motion under 28

21  U.S.C. § 2255 should be extended by ninety days.

22     On July 14, 2022, defendant filed a First Amended Motion for Relief under 28 U.S.C. § 2255.

23  Docket 2326 (under seal).  The Court set a briefing schedule setting the government's response deadline

24  for 120 days after the filing of defendant's motion.  Upon conferring, the parties agree that due to the

25  length and complexity of defendant's sealed motion, the government's response deadline should be

26  extended by ninety days.  By agreement of the parties, the government's new response deadline would

27  be February 9, 2023.

28

STIPULATION TO EXTEND RESPONSE DEADLINE
CASE NO. 14-CR-196 CRB

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: 10/19/22

/s/
RAVI T. NARAYAN
Assistant United States Attorney

DATED: 10/19/22

/s/
JAMES THOMSON
Counsel for Defendant Kwok Cheung Chow

### [PROPOSED] ORDER

The government's deadline to respond to defendant Kwok Cheung Chow's First Amended Motion for Relief under 28 U.S.C. § 2255 is extended to February 9, 2023.

IT IS SO ORDERED.

DATED: _____

**CHARLES R. BREYER**
United States District Judge

STIPULATION TO EXTEND RESPONSE DEADLINE
CASE NO. 14-CR-196 CRB